P-735

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC M. GAUFF, JR.** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | |
| **VERSUS** | * | **MAG.\_\_\_\_\_   SEC.\_\_\_\_** |
| | * | |
| **PROGRESSIVE SECURITY** | * | |
| **INSURANCE COMPANY,** | * | |
| **DIONNIS GUEVARA-FIGUERDO** | * | |
| **AND DGF TRANSPORT, LLC** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants, Dionnis Guevara-Figuerdo, DGF Transport, LLC, and Progressive County Mutual Insurance Company, hereby removes this action entitled "*Eric M. Gauff, Jr. v. Progressive Security Insurance Company, Dionnis Guevara-Figuerdo and DGF Transport, LLC,*" Civil Action No. 77169, Section "C" of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana to the United States District Court for the Eastern District of Louisiana and respectfully avers as follows:

(1)   Pursuant to 28 U.S.C. 1446(a), copies of all records and papers served or purportedly served in this action in State Court to date are attached hereto as Exhibit "1".

(2)   The State Court Action was commenced on or about October 1, 2021,

when plaintiff, a citizen of the State of Louisiana, filed his Petition in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana and named as defendants in paragraph I, Progressive Security Insurance Company, a Louisiana corporation, which is incorporated in the State of Louisiana, Dionnis Guevara-Figuerdo, a citizen of the State of Texas and DGF Transport, LLC, a foreign corporation, incorporated in the State of Texas and where no member of the LLC is a citizen of the State of Louisiana with its principal place of business in the State of Texas with its members citizens of the State of Texas. To date, on information and belief, defendants, Dionnis Guevara-Figuerdo and DGF Transport, LLC, were served with the Original Petition by the Louisiana Long Arm Statute as reflected in Affidavits of Service filed into the Court record on 12/13/21. (See Affidavits of Service which are contained in the State Court record which is attached as Ex. "1") Defendant, Progressive Security Insurance Company, was served through the Secretary of State on 10/20/21. (See Ex. "1")

After the filing of the lawsuit, plaintiff's counsel was notified that Progressive Security Insurance Company, a Louisiana corporation,

was the incorrect liability insurer for defendants, Dionnis Guevara-Figuerdo and DGF Transport, LLC. Counsel for plaintiff was further advised that the correct liability insurer was Progressive County Mutual Insurance Company and plaintiff's counsel was provided with a copy of the commercial auto policy issued by Progressive County Mutual Insurance Company to defendant, DGF Transport, LLC, policy no. 02298551. As a result, counsel for plaintiff agreed to voluntarily amend his Petition for Damages in order to substitute Progressive County Mutual Insurance Company for Progressive Security Insurance Company.

On December 16, 2021, plaintiff's First Amended Petition for Damages was filed into the Court record as a result of the Order signed by the Honorable Judge J. Sterling Snowdy in which plaintiff substituted defendant, Progressive County Mutual Insurance Company for defendant, Progressive Security Insurance Company. Defendant, Progressive County Mutual Insurance Company, is a foreign insurer incorporated in the State of Texas with its principal place of business is in the State of Texas. Defendant further amended the caption of the Petition for Damages to state as follows: "Eric M.

      Gauff, Jr. versus Progressive County Mutual Insurance Company, Dionnis Guevara-Figuerdo and DGF Transport, LLC". Defendants waive service of the First Amending Petition for Damages.

(3) Pursuant to 28 U.S.C. 1441 and 1446(b), defendants have filed this Notice of Removal within 30 days of service of the First Amended Petition for Damages which amended pleading created diversity of citizenship. As noted in Paragraph (2) above, at the time of the filing of the Original Petition, this lawsuit was not removable because there was no diversity of citizenship since defendant, Progressive Security Insurance Company, was a Louisiana corporation. After plaintiff amended his Petition to substitute defendant, Progressive County Mutual Insurance Company for Progressive Security Insurance Company on 12/16/21, there was diversity of citizenship between the parties. This removal was filed within 30 days of service of the First Amended Petition for Damages.

## DIVERSITY JURISDICTION

(4) As alleged in the Petition and the First Amending Petition for Damages, and on information and belief, plaintiff, Eric M. Gauff, Jr. was and is a citizen of the State of Louisiana.

(5) Defendant, Dionnis Guevara-Figuerdo, was and is at the commencement of this action, a citizen of the State of Texas.

(6) Defendant, DGF Transport, LLC, was and is at the commencement of this action, a Texas Limited Liability Corporation organized in the State of Texas, with its principal place of business in the State of Texas. (See Exhibit "2", the printout from the Texas Secretary of State.)  Additionally, the members of defendant, DGF Transport, LLC, are citizens of the State of Texas.

(7) Defendant, Progressive County Mutual Insurance Company, was and is a foreign insurance corporation incorporated in the State of Texas with its principal place of business in the State of Texas. (See Ex. "3", *in globo,* Articles of Incorporation, Corporate Disclosure Statement and Texas Department of Insurance).

(8) Defendants aver that this Honorable Court has diversity of citizenship jurisdiction under 28 U.S.C. 1332 on the grounds that there is complete diversity of citizenship between plaintiff and defendants and that the matter in controversy exceeds the sum of value of $75,000.00, exclusive of interest and costs.

(9) Defendants aver that the amount in controversy requirement is satisfied as Plaintiff is alleging he suffered injuries to his neck, low back, right knee, left shoulder and left elbow. With respect to his left shoulder, plaintiff is alleging that he sustained a strain, impingement syndrome and SLAP tear. With respect to his low back, plaintiff alleges that he sustained lumbosacral facet joint syndrome. (See plaintiff's medical records and bills which are attached hereto, *in globo*, as Ex. "4"). To date, plaintiff has incurred medical specials in the amount of $29,654.00. Plaintiff's treating physician is also recommending left L3-S1 medial branch blocks with an estimated fee of $4,762.00. (See Ex. "4")

(10) Given the fact that plaintiff is alleging cervical, lumbar and left shoulder injuries, that plaintiff has incurred medicals specials in the amount of $29,654.00 and that that future medical treatment has been recommended in the amount of $4,762.00, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

(11) Defendant further avers that this matter is removable under 28 U.S.C. 1441(b)(2) on the grounds that none of the defendants is a citizen of the State of Louisiana where the action was brought.

## **ALL PROCEDURAL REQUIREMENTS**
## **HAVE BEEN MET FOR REMOVAL**

(12)   This Notice of Removal is timely because it is being filed no later than 30 days after the service of the First Amending Petition for Damages on defendants, Dionnis Guervara-Figuerdo, DGF Transport, LLC and Progressive County Mutual Insurance Company;

(13)   Counsel for defendants has served by email and U.S. Mail a copy of this notice to counsel for plaintiff and a copy of a Notice of Removal is being filed with the Clerk of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana for the limited purpose of notifying the State Court of removal.

(14)   The United States District Court for the Eastern District of Louisiana embraces the parish in which the state court action is now pending; and thus, this Court is a proper venue for removal of this action pursuant to 28 U.S.C. § 98(a).

(15)   Defendants expressly reserve their rights to challenge the personal jurisdiction and venue of this Court and the Civil District Court for the Parish of Orleans, State of Louisiana and this Notice of Removal should not read as a waiver of any such rights or any other defenses available to defendant.

**WHEREFORE**, Defendants, Dionnis Guevara-Figuerdo, DGF Transport, LLC and Progressive County Mutual Insurance Company pray that the proceedings in the Action should be discontinued in the 40th Judicial District Court for the Parish of St. John the Baptist, Louisiana and this action should be removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted this _3rd _ day of __January__, 2022.

**KIEFER & KIEFER**

___/s/ Nat G. Kiefer, Jr.____
Nat G. Kiefer, Jr. (Bar No. 1461)
Megan C. Kiefer (Bar No. 32882)
2310 Metairie Road
Metairie, LA 70001
Telephone:  (504) 828-3313

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record via email, facsimile or by depositing same in the United States Mail, properly addressed and postage prepaid, _3rd _ day of January, 2022, as follows:

Dean J. Favret, Esq. (#20186)
**Favret, Demarest, Russo, Lutkewitte & Schaumburg**
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Attorneys for Plaintiff

___/s/ Nat G. Kiefer, Jr.____