No. 94-0243

*OFFICIAL ORDER
of the
COMMISSIONER OF INSURANCE
of the
STATE OF TEXAS
AUSTIN, TEXAS*

Date    MAR 1 1 1994

**Subject Considered:**

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
Austin, Texas

RESTATED ARTICLES OF INCORPORATION
Docket No. C-94-074

**General remarks and official action taken:**

On this day came on for consideration by the Commissioner of Insurance, pursuant to TEX. INS. CODE ANN. art. 2.03 and art. 17.04 and TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07, and art. 9.10, the application of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Austin, Texas, for approval of the restatement of its Articles of Incorporation.

Patricia Fuller, staff attorney for the Texas Department of Insurance, and David M. Schneider, Secretary of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, have entered into stipulations as to the facts in this case and have requested the Commissioner of Insurance to informally dispose of this matter pursuant to the provisions of TEX. INS. CODE ANN. art. 1.33(e), TEX. GOV'T CODE ANN. §2001.056, and 28 TEX. ADMIN. CODE §1.47.

## JURISDICTION

The Commissioner of Insurance has jurisdiction over the application of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY pursuant to TEX. INS. CODE ANN. art. 2.03 and art. 17.04 and TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07 and art. 9.10. Procedural requirements for the entry of this order under TEX. GOV'T CODE ANN. §2001.051 through §2001.902, including, but not limited to, issuance and service of a notice of hearing, a public hearing, a proposal for decision, rehearing by the Commissioner of Insurance, and judicial review were properly waived by the applicant, and the parties request that the Commissioner of Insurance enter this Order in accordance with the law applicable to the facts as stipulated by the parties.

EXHIBIT 11 3 11

94-0243
COMMISSIONER'S ORDER
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
PAGE 2 OF 3

## FINDINGS OF FACT

1. The Applicant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Austin, Texas, is a domestic county mutual insurance company.

2. Action by the Board of Directors and Policyholders of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY authorizing the proposed restatement of the Articles of Incorporation as required and permitted by TEX. INS. CODE ANN. art. 2.03 and art. 17.04 and TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07, and art. 9.10 has been evidenced to the Commissioner of Insurance.

3. The Restated Articles of Incorporation accurately copy the Articles of Incorporation and all Amendments, add the names and addresses of the Directors serving on the date of the Restatement, and delete the names of the incorporators.

4. The guaranty fund of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY is equal to or exceeds the minimum requirements of the Texas Insurance Code for a domestic county mutual insurance company, and is the bona fide, unconditional, and unencumbered property of the company.

5. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY represents to the Commissioner of Insurance that its officers and directors possess sufficient insurance experience, ability, and standing to render the continued success of the company probable.

6. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY is acting in good faith.

## CONCLUSIONS OF LAW

Based upon the foregoing findings of fact, the Commissioner of Insurance makes the following conclusions of law:

1. The Commissioner of Insurance has jurisdiction over this matter pursuant to TEX. INS. CODE ANN. art. 2.03 and art. 17.04.

2. Action by the Board of Directors and Policyholders of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY authorizing the proposed restatement of the Articles of Incorporation, as required and permitted by TEX. INS. CODE ANN. art. 2.03 and art. 17.04 and TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07, and art. 9.10 has been evidenced to the Commissioner of Insurance.

3. The proposed Restated Articles of Incorporation of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Austin, Texas, are properly supported by the required documents.

94-0243

COMMISSIONER'S ORDER
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
PAGE 3 OF 3

IT IS, THEREFORE, THE ORDER of the Commissioner of Insurance that the Restated Articles of Incorporation, be, and the same are hereby, approved.

                J. ROBERT HUNTER
                COMMISSIONER OF INSURANCE

BY: _____
      Sandra A. Autry
      Associate Commissioner
      Financial
      Order No. 93-1141

Recommended By:

_Loretta Calderon_
Loretta Calderon
Company License Technician

Reviewed by:

_Patricia Fuller_
Patricia Fuller
Staff Attorney

FILED 2-25-94
1:45
COMMISSIONER OF INSURANCE
BY: /s/ M. Stuckle
HEARINGS SECTION

CONSENT DOCKET NO. C-94-074

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | BEFORE THE COMMISSIONER |
| RESTATEMENT OF THE ARTICLES | § | |
| OF INCORPORATION OF | § | OF INSURANCE OF THE |
| PROGRESSIVE COUNTY MUTUAL | § | |
| INSURANCE COMPANY | § | |
| AUSTIN, TEXAS | § | STATE OF TEXAS |

## WAIVER, STIPULATIONS AND STAFF RECOMMENDATION

NOW COMES, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Austin Texas, by and through its authorized representative, David M. Schneider, and the staff of the Texas Department of Insurance, by and through Patricia Fuller, staff attorney, and file this Stipulations and Staff Recommendation pursuant to TEX. INS. CODE ANN. art. 1.33(e), art. 2.03 and art. 17.04, TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07, and art. 9.10, and TEX. GOV'T. CODE ANN. §2001.056.

## WAIVER

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, acknowledging the existence of its rights to the issuance and service of notice of hearing, a public hearing, a proposal for decision, rehearing by the Commissioner, and judicial review of the order as provided for in TEX. GOV'T. CODE ANN. §2001.051 through §2001.902 and TEX. INS. CODE art. 1.04, hereby expressly waives each and every one of said rights and acknowledges the jurisdiction of the Commissioner of Insurance.

## STIPULATIONS

Both parties stipulate that the following facts are true and correct and request that each stipulation listed below shall be treated the same as though fully proved by evidence

STIPULATIONS AND STAFF RECOMMENDATION
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
PAGE 2 OF 3

admitted at an administrative hearing, and further request the Commissioner of Insurance to informally dispose of this matter pursuant to the provisions of TEX. GOV'T. CODE ANN. §2001.056, TEX. INS. CODE ANN. art. 1.33(e), and 28 TEX. ADMIN. CODE §1.47, and enter a final order in accordance with the law applicable to the facts stipulated by the parties as follows:

1. The Applicant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Austin, Texas, is a domestic county mutual insurance company.

2. Action by the Board of Directors and Policyholders of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY authorizing the proposed restatement of the Articles of Incorporation as required and permitted by TEX. INS. CODE ANN. art. 2.03 and art. 17.04 and TEX. BUS. CORP. ACT art. 4.02, art. 4.04, art. 4.07, and art. 9.10 has been evidenced to the Commissioner of Insurance.

3. The Restated Articles of Incorporation accurately copy the Articles of Incorporation and all Amendments, add the names and addresses of the Directors serving on the date of the Restatement, and delete the names of the incorporators.

4. The guaranty fund of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY is equal to or exceeds the minimum requirements of the Texas Insurance Code for a domestic county mutual insurance company, and is the bona fide, unconditional, and unencumbered property of the company.

5. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY represents to the Commissioner of Insurance that its officers and directors possess sufficient insurance experience, ability, and standing to render the continued success of the company probable.

6. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY is acting in good faith.

## STAFF RECOMMENDATION

Based on the foregoing stipulations, the Staff of the Texas Department of Insurance recommends that the Restated Articles of Incorporation of PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY be approved.

STIPULATIONS AND STAFF RECOMMENDATION
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
PAGE 3 OF 3


Agreed and Executed by PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY this _23rd_ day of _February_, 1994.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

BY: _____
David M. Schneider
Secretary


Agreed and Executed by the Texas Department of Insurance this _28th_ day of _February_, 1994.

BY: _____
Patricia Fuller
Staff Attorney
Texas Department of Insurance
333 Guadalupe
P.O. Box 149104
Austin, Texas 78714
(512) 475-1810
SBN: 00784090

# RESTATED

# ARTICLES OF INCORPORATION

## OF

# PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

1. The Restated Articles of Incorporation of Progressive County Mutual Insurance Company set forth below accurately copy the Articles of Incorporation and all Amendments thereto that are in effect as of the date of execution of the Restated Articles of Incorporation, and the Restated Articles of Incorporation contain no change in any provision thereof, provided that the names and addresses of the persons serving as Directors as of the date of execution of the Restated Articles of Incorporation have been inserted in lieu of similar information concerning the initial Board of Directors, and provided that the names of the incorporators have been omitted.

2. The restated Articles of Incorporation of Progressive County Mutual Insurance Company shall be as follows:

### Article I

The name of this Company shall be Progressive County Mutual Insurance Company.

### Article II

The home office and principal place of business of the Company shall be in the City of Austin, Travis County, Texas.

### Article III

The term for which the Company shall exist shall be 50 years from August 31, 1988.

### Article IV

The purpose or purposes for which this corporation is organized are to transact the business of fire insurance and allied lines, all lines of automobile insurance, and all other lines of insurance authorized and permitted by Chapter 17, Texas Insurance Code, as the same now exists or may be hereafter amended.

MJM\L850925\MSC00004.002

## Article V

The number of directors of this Company shall not be less than five (5), and all of them shall carry insurance in the Company on their property in an amount not less than $1,000.00 each. The following persons are, as of the date of execution of the Restated Articles of Incorporation, the directors of Company:

| Name | Address |
| --- | --- |
| Peter B. Lewis | 6000 Parkland Boulevard<br>Mayfield Heights, Ohio 44124 |
| David M. Schneider | 6000 Parkland Boulevard<br>Mayfield Heights, Ohio 44124 |
| Edward A. Wiegner | 6140 Parkland Boulevard<br>Mayfield Heights, Ohio 44124 |
| William H. Graves | 1701 Directors Boulevard, Suite 1000<br>Austin, Texas 78744 |
| Daniel R. Lewis | 26301 Curtiss-Wright Parkway<br>Richmond Heights, Ohio 44143 |

The Board of Directors shall have full power and authority to manage the affairs of the Company and to elect such officers as may be provided for in the By-Laws.

In Witness Whereof, the undersigned Company, by its duly elected President and Secretary, has executed these Restated Articles of Incorporation this _15th_ day of _____June_____, 19_92_.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

By: _____
President - William H. Graves

And By: _____
Secretary - David M. Schneider

M.TM\f.850925\MSC00004.002

STATE OF TEXAS )
) SS:
COUNTY OF TRAVIS )

Before me, the undersigned authority, on this day personally appeared Mr. William H. Graves, President of Progressive County Mutual Insurance Company, known to me to be the person whose name is subscribed above to the foregoing instrument, and acknowledged to me that the same was the act of said Progressive County Mutual Insurance Company, and that he executed the same as the act of such corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 17th day of June, 1992.

_____
Notary Public

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

Before me, the undersigned authority, on this day personally appeared Mr. David M. Schneider, Secretary of Progressive County Mutual Insurance Company, known to me to be the person whose name is subscribed above to the foregoing instrument, and acknowledged to me that the same was the act of said Progressive County Mutual Insurance Company, and that he executed the same as the act of such corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 15th day of June, 19 92.

_____
Notary Public
KAREN L. KOWALKOWSKI
Notary Public-State of Ohio
Cuyahoga County
Commission Expires September 1, 1992

MJM\L850925\MSC00004.002

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

CERTIFICATION

We, William H. Graves and David M. Schneider, do hereby certify that we are the duly elected, qualified and acting President and Secretary, respectively, of Progressive County Mutual Insurance Company, a Texas corporation (the "Company"); that we have custody of the official records of the Company; and that the attached is a true, correct, and complete copy of the resolutions duly adopted on the 16th day of April, 1991, by the unanimous consent of the directors of the Company in a written action approved and signed as specified in the Texas General Corporation Law; and that said resolutions are valid and binding, and have not been amended, modified or rescinded, and are in full force and effect on the date hereof.

IN WITNESS WHEREOF, we have hereunto set our hand as such President and Secretary and affixed the seal of the Company on the  15th  day of  June , 19 92 .

SEAL

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

By: _____
William H. Graves, President

And By: _____
David M. Schneider, Secretary

CORPREC\PCMIC\RES00024.003

## PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

## WRITTEN ACTION WITHOUT MEETING

The undersigned, being all of the Directors of Progressive County Mutual Insurance Company ("Company"), a Texas county mutual insurance company, do hereby waive notice of and the holding of a meeting to consider, and do hereby approve, consent to and adopt, pursuant to the provisions of the Texas General Corporation Law, the following resolutions as of the 16th day of April, 1991:

RESOLVED, that the Articles of Incorporation of Company be amended as follows:

Amend Article II to read as follows:

"Article II

The home office and principal place of business of the Company shall be in the city of Austin, Travis County, Texas."

Amend Article III to read as follows:

"Article III

The term for which the Company shall exist shall be 50 years from August 31, 1988."   ; and

FURTHER RESOLVED, that the Bylaws of Company be amended as follows:

Amend Section 2 of Article VI to read as follows:

"Section 2.

All premiums for policies issued by the Company shall be due and payable as determined by management to be in the best interest of the Company. Management may consider differences between various lines, types, and/or classes of insurance that are written by Company, and, accordingly, may determine that premium for different lines, types, and/or classes shall be due and payable on different bases. Unless otherwise required by law, no policyholder shall be liable for any contingent premium or assessment based upon the loss experience of any other policyholder."   ; and

MJM\L85092S\RES00002.002                    1

FURTHER RESOLVED, that each of the proposed amendments to Company's Articles of Incorporation and Bylaws be submitted to a vote of the policyholders at the Company's annual policyholders meeting scheduled for May 25, 1991, and that each of the proposed amendments be voted upon separately; and

FURTHER RESOLVED, that the directors hereby declare that April 17, 1991, shall be the date of record for purposes of determining those policyholders entitled to receive a notice of the proposed amendments, provided that all policyholders of Company on May 25, 1991, shall be entitled to vote, either in person or by proxy as provided in the Bylaws of Company, on the proposed amendments and any other matters that may come before the policyholders; and

FURTHER RESOLVED, that the Secretary of the Company is hereby directed to cause notice of the proposed amendments to be sent to each policyholder of record as April 17, 1991, such notice to describe the proposed amendments and to be provided as required by the Texas Business Corporation Act; and

FURTHER RESOLVED, that in the event that one or more of the proposed amendments to Company's Articles of Incorporation are approved by the policyholders of Company, the Secretary of Company is authorized and directed to prepare and file Articles of Amendment in accordance with the procedures set forth in Section 4.04 of the Texas Business Corporation Act and all applicable provisions of the Texas Insurance Code; and

FURTHER RESOLVED, that after the Articles of Amendment have been filed as described above, the Secretary of Company is authorized and directed to prepare and file Restated Articles of Incorporation in accordance with the procedures set forth in Section 4.07 of the Texas Business Corporation Act and all applicable provisions of the Texas Insurance Code.

IN WITNESS WHEREOF, we have hereunto subscribed our names.

_____
Peter B. Lewis

_____
David M. Schneider

_____
Edward A. Wiegner

_____
William H. Graves

_____
Daniel R. Lewis

**Texas Department of Insurance**
333 Guadalupe St. P.O. Box 149104 Austin, TX 78714-9104

# PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

Skip over these navigation links.

Show Explanation of Terms

Table of Contents
General Info | Contact Info | Types of Insurance | Use of Credit | Attorney for Service | Ratings | Financial Info | Premiums | Complaint Ratios | Company History | Company Officers

## General Information:

Return to top.

| | |
|---|---|
| Type of Entity: | County Mutual (CM) |
| Status of TX License: | Active |
| Company Status: | Normal Operations |
| License Number: | 67940 |
| NAIC Number: | 29203 |
| TDI Company Number: | 67940 |
| FEIN: | 741082840 |
| Home City/State: | TX |
| Origin: | Domestic |
| Date Incorporated/Organized: | 05/08/1948 |
| Date Licensed/Eligible/Registered in Texas: | 07/02/1948 |
| Date Cancelled/Ineligible/Inactive: | |

## Contact Information:

Return to top.

| | |
|---|---|
| Mailing Address: | 6300 Wilson Mills Road<br>Mayfield Village OH 44143-2182 |
| Office Number: | (440)461-5000 |
| Toll Free Number: | (800)776-4737 |
| Fax Number: | (440)446-7168 |

## Types of Insurance Licensed to Write:

Return to top.

- Accident
- Aircraft Physical Damage
- Allied Coverages
- Auto Physical Damage
- Automobile Liability
- Boiler & Machinery

EXHIBIT 3

- Burglary & Theft
- Civil Commotion
- Explosion
- Fidelity & Surety
- Fire
- Hail
- Home Warranty
- Hurricane
- Inland Marine
- Land Vehicles
- Lightning
- Livestock
- Ocean Marine
- Riot
- Smoke
- Windstorm

## Use of Credit:

Return to top.

To determine if a company uses credit information for private passenger automobile or homeowners insurance.

Click Here for Use of Credit

## Attorney for Service:

Return to top.

Click Here for Attorney for Service Guidelines

C T Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201 -3136

## Rating By Financial Organization:

Return to top.

The following organizations rate insurance companies on their financial strength and stability. Some of these companies charge for their services.

A.M. Best
Weiss Ratings Inc.
Standard & Poor's
Moody's Investors Service
Fitch IBCA, Duff and Phelps Ratings

## Financial Information:

Return to top.

| As of: | Dec. 31, 2013 | Dec. 31, 2014 | Dec. 31, 2015 |
|---|---|---|---|
| Total Assets | $386,983,671 | $429,308,643 | $463,320,824 |
| Total Liabilities | $381,983,671 | $424,308,643 | $458,320,824 |
| Asset to Liability Ratio | 1.01 | 1.01 | 1.01 |
| Capital | $0 | $0 | $0 |
| Net Surplus | $5,000,000 | $5,000,000 | $5,000,000 |

| Total Life Ins | N/A | N/A | N/A |

## Premiums:

Return to top.

| As of: | Dec. 31, 2013 | Dec. 31, 2014 | Dec. 31, 2015 |
|---|---|---|---|
| Life and Annuities | N/A | N/A | N/A |
| Accident and Health | $0 | $0 | $0 |
| Property and Casualty | $1,529,178,940 | $1,633,686,242 | $1,743,509,652 |
| Total Texas Premium | $1,529,178,940 | $1,633,686,242 | $1,743,509,652 |
| National Premium | $1,529,178,940 | $1,633,686,242 | $1,743,509,652 |

## Complaint Information:

Return to top.

When considering the company's complaint index and ratio, be sure to review the company history information displayed below for recent acquisitions, mergers, or other events that may affect the figures displayed for this company.

|  | Dec 31, 2014 | | Dec 31, 2015 | | Dec 23, 2016 |
|---|---|---|---|---|---|
| **Confirmed Complaints:** | | | | | |
| Life and Annuity | 0 | | 0 | | 0 |
| Accident and Health | 0 | | 0 | | 0 |
| Homeowner | 1 | | 0 | | 0 |
| Automobile | 71 | | 83 | | 58 |
| Workers' Compensation | 0 | | 0 | | 0 |
| **Complaint Ratio/Index** | Ratio | Index | Ratio | Index | |
| Life and Annuities | N/A | N/A | N/A | N/A | N/A |
| Accident and Health | N/A | N/A | N/A | N/A | N/A |
| Homeowner | .0000 | .0000 | N/A | N/A | N/A |
| Automobile | .0075 | .8212 | .0085 | .7577 | N/A |
| Workers' Compensation | N/A | N/A | N/A | N/A | N/A |

**Confirmed Complaints:** the number of confirmed complaints closed against the company for the line of insurance and year indicated. A complaint is confirmed if the department receives information indicating that a company committed any violation of an applicable state insurance law or regulation, a federal requirement the department has authority to enforce or the term or condition of an insurance policy or certificate. A complaint is also confirmed if the complaint and company's response, considered together, suggest that the company was in error or that the complainant had a valid reason for the complaint.

**Complaint Ratios:** the ratio, expressed as a percentage, is the number of closed confirmed complaints divided by the number of policies the company had in force for the line of insurance and year indicated.

**Complaint Index:** indicates how a company's ratio of the number of complaints to the number of policyholders compares to the average for all insurers. The index is calculated by dividing the company's percentage of complaints for a specific line of insurance by the company's percentage of the policies in force for the same line of insurance. The average index is 1.00. A number less than 1 indicates fewer complaints than average; a number greater than 1 indicates more complaints than average. For the most recent completed year, a given insurer's index may change over time, as policy count data is received by TDI. This will affect each insurer's percentage of the total.

Complaints against an insurance company are not part of the complaint tally above if the insurance company served only as a Third Party Administrator (TPA), a company hired simply to administer the paperwork of a health plan. Instead, they are included in the complaint record of the insurance company or HMO that hired the TPA. If a bonafide self-insured benefit plan hired the TPA, no complaint numbers are recorded as a part of the company/TPA's profile. Neither are profiles available for self-insured plans, as such plans are regulated under federal law.

## Company History:

Return to top.

| Date | Event |
| --- | --- |
| 12-23-2005 | PENALTY OF $10,000 FOR COMMISSION RATE VIOLATIONS IN TEXAS. |
| 08-23-2005 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED. |
| 04-12-2000 | PENALTY OF $25,000 PAID BY COMPANY AND PROGRESSIVE CASUALTY INSURANCE COMPANY FOR VIOLATIONS FOUND DURING A MARKET CONDUCT EXAMINATION IN TEXAS. |
| 12-23-1998 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS DENIED AND ORDERED TO MAINTAIN BOOKS AND RECORDS AT ADDRESS OF THE CURRENT ARTICLE 1.28 APPLICATION. |
| 10-08-1997 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED |
| 07-19-1995 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED EFFECTIVE 08/31/1995. |
| 07-07-1994 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED |
| 07-15-1992 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED |
| 06-03-1992 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS DENIED AND ORDERED TO MAINTAIN BOOKS AND RECORDS AT ADDRESS OF THE CURRENT ARTICLE 1.28 APPLICATION. |
| 03-31-1992 | MOVED HOME OFFICE FROM ROCKDALE, TEXAS TO AUSTIN, TEXAS. |
| 05-14-1988 | ARTICLE 1.28, TEXAS INSURANCE CODE, WAS APPROVED TO MOVE THEIR BOOKS AND RECORDS OUT OF TEXAS |
| 10-10-1975 | FORMERLY: ASSOCIATED COUNTY MUTUAL INSURANCE COMPANY ROCKDALE, TEXAS. (06300) |
| 04-29-1971 | FORMERLY: BEN MILAM COUNTY MUTUAL FIRE INSURANCE COMPANY ROCKDALE, TEXAS. (00407) |
| 05-08-1948 | GRANDFATHERED FOR CAPITAL AND SURPLUS REQUIREMENTS |

## Company Officers:

Return to top.

For names of the company's current officers, please contact the company at the phone number listed in the Contact Information above or on their website.