# SouthShore Physician Group

**Metairie - Mid-City - WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

November 6, 2020

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112


RECEIVED
NOV 09 2020

**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Preliminary Report**

To whom it may concern:

**Presenting Complaints:**
Mr. Gauff is a 30 year-old male, who was seen at our Metairie office on October 30, 2020 for a motor vehicle accident that occurred on October 23, 2020. At the time of the accident, patient states he was a restrained driver at a complete stop when another vehicle merged into the patient's lane hitting the driver side of the patient's vehicle. Upon impact, the patient's body jerked side to side, causing the patient's left shoulder to hit the driver door and right knee to hit the center console. There was no head injury or loss of consciousness, and the air bags did not deploy. Patient was taken by ambulance to Ochsner Hospital and X-rays of his left side, shoulder, and back area were performed. Patient states he missed three days of work due to this accident. When seen here, he was complaining of pain in his neck, shoulders, upper back, mid-back, lower back, right knee, and left elbow.

**Past Medical/Surgical History:** The patient has asthma.

**Social History:** Patient is a USDA grader.

**Allergies:** No known allergies.

**Current Medications:** Albuterol inhaler, nasal spray, and pain medication.

**Physical Examination**
  **Blood Pressure:** 128/71         **Pulse:** 76                          **Weight:** 170 lbs.
Mr. Gauff was initially examined by Dr. Nancy Rogers. The patient's pain level was at an 8/10 and temperature is 98.3 degrees. Patient's gait, posture, and movements during exam were painful. There was no evidence of external head injury. The head was atraumatic and normocephalic, extraocular movements were intact, tongue was midline, hearing was intact, and dentition was okay. Patient was wearing a mask due to Covid precautions. The heart, lungs, chest wall, and abdomen exams were normal. The cervical spine had flexion of 30 degrees, with

EXHIBIT
"4"

RE: Eric M. Gauff Jr.
Page Two

extension of 20 degrees, lateral flexion of 20 degrees on the right and left, and rotation of 30 degrees, with pain and 2/3 tenderness to palpation over the bilateral paraspinous and bilateral trapezius muscles, with spasm over the same. The thoracic spine had no tenderness. The lumbar spine demonstrated flexion of 50 degrees, with extension of 10 degrees, lateral flexion of 20 degrees to the right and left and rotation of 20 degrees, with pain and 2/3 tenderness over the bilateral paraspinous muscles, with spasm over the same. The left elbow had 1/3 tenderness to palpation over the olecranon. The Tinel's were negative. The right knee had 1/3 tenderness to palpation over the lateral joint space and a full range of motion, with pain at end range, with no discernible laxity and able to full weight bear.

**Diagnostic Impression:**
1. Cervical Sprain
2. Lumbar Sprain
3. Right Knee Contusion
4. Left Elbow Contusion

* In all medical probability the patient's signs and symptoms are causally related to the accident.

**Disposition:**
A course of office therapy was ordered for 3 times a week, utilizing the modalities of moist heat, deep tissue massage, and transcutaneous electrical nerve stimulation (TENS) to his cervical and lumbar and moist heat and ultrasound to his left elbow and right knee. Medical records from Ochsner Hospital were requested. The patient was given a follow up appointment in two weeks.

On November 2, 2020, Dr. Nancy Rogers added moist heat and ultrasound to both shoulders.

I will continue to follow up with Mr. Gauff and keep you advised as to his condition. If you need any additional information, please feel free to call me at any time.

Sincerely Yours,

Nancy Rogers, M.D.
SSPG: ep
Enclosure

# SouthShore Physician Group

**Metairie - Mid-City - WestBank**

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

## CONSULT REQUEST

TO:   Mr. Dean J. Favret
Attorney at Law
1515 Poydras St. Suite 1400
New Orleans, LA 70112

Request **1**
Date:   November 12, 2020
Fax:   504-523-0699

| Account #:<br>603856-M | Patient Name:<br>ERIC M. GAUFF, JR | | Status:<br>Active | Lawyer:<br>FAVRET/D |
|---|---|---|---|---|
| DOB:<br>██████/89 | Age:<br>30 | Sex:<br>M | INS.WC: | DOA:   10/23/20<br>DR Appt:   11/12/2020 |

The physician recommends that the following evaluation/diagnostic work be done.

II. Physician recommends patient have further diagnostic testing done:

    MRI of the:

        Shoulder  - Left -     (S49.92XA)

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
November 12, 2020 at 9:45 AM

Printed by KAREN CASTILLO

# SouthShore Physician Group

**Metairie · Mid-City · WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

**Reply to Metairie Office:**
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

December 8, 2020

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112



**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Supplemental Report**

To whom it may concern:

Please see previous report dated November 6, 2020.

On November 12, 2020, Mr. Gauff returned to the Metairie office and was evaluated by Dr. Nancy Rogers. Patient states his pain level is at an 8/10, blood pressure is 132/74, pulse is 90 and temperature is 98.4 degrees. He reports he severe left shoulder pain and difficulty using left upper extremity, which is dominant extension for writing. His right knee pain is improving. On exam, the left shoulder had 2/3 tenderness to palpation over the supraspinatus insertion and able to fully abduct with difficulty. Neer's was negative. There was 1/3 tenderness to palpation over the posterior cervical and bilateral trapezius muscles, with 60% range of motion. There was 1/3 tenderness to palpation over the lumbar paraspinal muscles, with 60% range of motion. The right knee had 1/3 tenderness to palpation over the peripatellar and a full range of motion, with pain at end range, with no discernible laxity. Medication was prescribed. The emergency room records were reviewed and X-rays showed left shoulder was negative, but positive empty can test. Patient reports left shoulder impact against driver door and suspected possible supraspinatus injury. MRI of the left shoulder was ordered. Moist heat, TENS, and deep tissue massage were ordered to his cervical, lumbar, and shoulder areas and moist heat and ultrasound to his right knee. A follow up appointment was scheduled in three weeks.

Mr. Gauff returned to the Metairie office on December 3, 2020, and was examined by Dr. Nancy Rogers. The patient reports his pain level is at a 7/10, blood pressure is 125/88, pulse is 68 and temperature is 97.9 degrees. He states he has persistent neck, left shoulder, left mid-back, and lower back pain. His right knee pain is improving. On exam, there was 1/3 tenderness to palpation over the left trapezius muscle, left thoracic and lumbar paraspinal muscles, left shoulder, and supraspinatus insertion. The empty can test was positive and had a full range of motion, with pain at end range. MRI of the left shoulder was recommended from November 12, 2020 due to concern of labral tear of rotator cuff pathology. Therapy is to be continued as before. A follow up appointment was scheduled in three weeks.

**RE: Eric M. Gauff Jr.**
**Page Two**

We will continue to follow Mr. Gauff and keep you advised as to his condition.  If you require any additional information, please do not hesitate to contact the office.

Sincerely yours,

Nancy Rogers, M.D.
SSPG:ep
Enclosure

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600

01/08/2021

NANCY ROGERS, M.D.

RE :ERIC GAUFF
DOB ███████/1989

73221-MRI LEFT SHOULDER
RADIOLOGY REPORT - FINAL
Radiologist: ARMINGTON, WILLIAM M.D.
Report Date: 01/09/2021 07:29

Clinical history:
Left shoulder pain following trauma.

PROCEDURE:
Axial fat-suppressed T2, gradient echo T2, coronal oblique
fat-suppressed T2, T1, sagittal oblique fat-suppressed T2 and
T1-weighted images of the left shoulder were obtained.

Comparisons:
None.

FINDINGS:
There is mild heterogeneous increased signal intensity within the
substance of the supraspinatus tendon indicating tendinosis.

The infraspinatus tendon is unremarkable in appearance.

The subscapularis tendon is within normal limits.

There is impression upon the superior surface of the supraspinatus
muscle at the myotendinous junction by osteophyte formation arising
from the acromioclavicular joint. Additionally, there is impression

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600

01/08/2021

NANCY ROGERS, M.D.

RE :ERIC GAUFF
DOB :█████/1989

73221-MRI LEFT SHOULDER

upon the superior surface of the supraspinatus tendon by the undersurface of the lateral aspect of the type II acromion process.

A small amount of fluid is present within the subacromial and subdeltoid bursae. Suggest clinical correlation for possible bursitis.

There is a nondisplaced tear of the posterior glenoid labrum at the 9:00 to 10:00 position (axial fat-suppressed T2-weighted image #9-#11). There is an associated para labral cyst measuring 1 cm in greatest dimension. The superior and anterior as well as the inferior glenoid labra are intact.

The inferior glenohumeral ligamentous complex is intact.

There is congruence between the humeral head and the glenoid fossa.

There is no evidence of a Hill-Sachs deformity or Bankart lesion.

The musculature about the shoulder including the deltoid muscle and subcutaneous tissues are within normal limits.

The tendon of long head of the biceps muscle and the biceps anchor are normal with respect to position and appearance.

Mild changes of osteoarthritis involving glenohumeral and acromioclavicular joints with mild chondromalacia and subchondral

---

Report ID 663492677 for GAUFF, ERIC

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600

01/08/2021

NANCY ROGERS, M.D.

RE :ERIC GAUFF
DOB : ████/1989

73221-MRI LEFT SHOULDER

sclerosis with marginal osteophyte formation. A small glenohumeral joint effusion is present as is a small acromioclavicular joint effusion.

IMPRESSION:
1. Mild changes of tendinosis involving the supraspinatus tendon.
2. Nondisplaced tear of the posterior glenoid labrum with small associated para labral cyst.
3. Impression upon the superior surface of the supraspinatus muscle and tendon by osteophyte formation arising from the acromioclavicular joint and the undersurface of the lateral aspect of the type II acromion process, respectively.
4. Mild changes of osteoarthritis involving the glenohumeral and acromioclavicular joints with small joint effusions.
5. Small amount of free fluid within the subacromial and subdeltoid bursae.

Electronically Signed By,

WILLIAM ARMINGTON, M.D.

# SouthShore Physician Group

**Metairie - Mid-City - WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

**Reply to Metairie Office:**
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

February 4, 2021

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112



**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Supplemental Report**

To whom it may concern:

Please see previous report dated December 8, 2020.

On January 7, 2021, Mr. Gauff returned to the Metairie office and was evaluated by Dr. Nancy Rogers. Patient states his pain level is at a 6/10, blood pressure is 132/84, pulse is 65 and temperature is 97.3 degrees. He reports the left shoulder MRI is scheduled for January 8, 2021. The patient has persistent neck, left shoulder, back, and right knee pain that is slowly improving with therapy. His left shoulder pain is different than right shoulder pain. On exam, the left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion and a full range of motion, with pain at end range of circumduction with crepitance. There was 1/3 tenderness to palpation over the posterior cervical, C7 insertion, and bilateral trapezius muscles. There was 1/3 tenderness to palpation over the thoracic and lumbar paraspinal muscles, with 80% range of motion. The right knee had 1/3 tenderness to palpation over the peripatellar with full range of motion, with no discernible laxity. Medication was prescribed. Therapy is to be continued as before. A follow up appointment was scheduled in three weeks.

Mr. Gauff returned to the Metairie office on January 28, 2021, and was examined by Dr. Nancy Rogers. The patient reports his pain level is at a 6/10, blood pressure is 127/79, pulse is 73 and temperature is 98 degrees. He states his left shoulder pain is improving and right knee pain is improving. His neck and back pain is improving. The left shoulder MRI from January 8, 2021 showed tendinosis with mild heterogenous signal changes within supraspinatus tendon and non-displaced labral tear to the posterior glenoid labrum with small paralabral cyst. On exam, there was 1/3 tenderness to palpation over the left posterior cervical and left trapezius muscle. The left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion and a full range of motion. Neer's test was negative. There was 1/3 tenderness to palpation over the left lumbar paraspinal muscles, with 80% range of motion. Patient was given instructions for a home exercise program for the left shoulder for postural and stabilization without weight bearing less than 20 pounds. An orthopedics consultation for the left shoulder

RE: Eric M. Gauff Jr.
Page Two

was recommended.  Therapy is to be continued as before.  A follow up appointment was
scheduled in three weeks.

We will continue to follow Mr. Gauff and keep you advised as to his condition.  If you require
any additional information, please do not hesitate to contact the office.

Sincerely yours,

Nancy Rogers, M.D.
SSPG:ep
Enclosure

To: Mr. Dean Favret From: Southshore Physician Pages: 2, Return fax #: 504-888-6549

# SouthShore Physician Group

*3 Locations*

### Metairie - Mid-City - WestBank

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

## CONSULT REQUEST

TO:  Mr. Dean J. Favret
Attorney at Law
1515 Poydras St. Suite 1400
New Orleans, LA 70112

Request 1

Date:  January 28, 2021
Fax:   504-523-0699

| Account #:<br>603856-M | Patient Name:<br>ERIC M. GAUFF, JR | | Status:<br>Active | Lawyer:<br>FAVRET/D |
|---|---|---|---|---|
| DOB:<br>▉▉▉89 | Age:<br>31 | Sex:<br>M     INS.WC: | DOA:  10/23/20<br>DR Appt:  1/28/2021 | |

The physician recommends that the following evaluation/diagnostic work be done.

I. Physician recommends patient be evaluated by:

  Orthopedic for Left Shoulder

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
January 28, 2021 at 11:33 AM

Printed by KAREN CASTILLO

# SouthShore Physician Group

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

FAXED
JAN 28 2021

# CONSULT REQUEST

Request 1

TO:   Mr. Dean J. Favret
      Attorney at Law
      1515 Poydras St. Suite 1400
      New Orleans, LA 70112

Date:   January 28, 2021
Fax:    504-523-0699

| Account #: | Patient Name: | | Status: | Lawyer: |
|---|---|---|---|---|
| 603856-M | ERIC M. GAUFF, JR | | Active | FAVRET/D |

| DOB: | Age: | Sex: | INS.WC: | DOA: | 10/23/20 |
|---|---|---|---|---|---|
| ██89 | 31 | M | | DR Appt: | 1/28/2021 |

The physician recommends that the following evaluation/diagnostic work be done.

i.  Physician recommends patient be evaluated by:

   **Orthopedic for Left Shoulder**

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
January 28, 2021 at 11:33 AM

# SouthShore Physician Group

**Metairie - Mid-City - WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

April 6, 2021

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112

**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Final Report**



To whom it may concern:

Please see previous report dated February 4, 2021.

Mr. Gauff returned to the Metairie office on February 22, 2021, and was examined by Dr. Nancy Rogers. Patient reports his pain level is at a 5-6/10, blood pressure is 119/79, pulse is 86, and temperature is 97.5 degrees. He states he has persistent left shoulder, neck, and back pain and he is unable to sleep on his left side. The patient reports he is protecting his left shoulder from overhead lifting. On exam, the left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion and a full range of motion, with pain at end range and with resistance. There was 1/3 tenderness to palpation over the posterior cervical, C7 insertion, and bilateral trapezius muscles, with 80% range of motion. There was 1/3 tenderness to palpation over the lumbar paraspinal muscles, with 80% range of motion. The left shoulder MRI report showed non-displaced labral tear with small cyst and heterogeneous signal changes in supraspinatus. Patient is scheduled to see orthopedist specialist on February 23, 2021. Therapy is to be continued as before. Medication was prescribed and a follow up appointment was scheduled in three weeks.

Mr. Gauff has not returned for re-evaluation since his last visit of February 22, 2021. Therefore, he has been discharged from this office. However, if the patient still has complaints, please have your office schedule a return visit. I will be glad to resume his treatment here at the office.

If you require any additional information, please do not hesitate to contact the office.

Sincerely yours,

Nancy Rogers, M.D.
SSPG:ep
Enclosure
**PLEASE SEND FINAL PAYMENT**
**TO METAIRIE OFFICE**

GAUFF, Eric **DOB:** 12/26/1989 (31 yo M) **Acc No.** 37344 **DOS:** 02/23/2021



# LA Health Solutions

**Patient:** Gauff, Eric
**DOB:** ████1989 Age: 31 Y Sex: Male

**Provider:** Douglas Bostick, M.D.
**Date:** 02/23/2021

---

### Reason for Appointment
1. NP- Left Shoulder pain evaluation

### History of Present Illness
COVID-19 Screening:
    COVID-19 Screening
        Have you traveled outside of the country in the last 14 days?  *No travel outside of the country*
        Have you had contact with anyone confirmed with COVID-19 in the last 14 days?  *No*
        Have you had any of the following symptoms in the last 14 days?  *No Symptoms*
        Are you currently experiencing any of the below symptoms?  *No Symptoms*
Mechanism of Injury:
    Motor Vehicle Collision: This patient presents for orthopedic consultation of his left shoulder. He was
involved in a motor vehicle accident on 10/23/2020 as restrained driver. He was at a red light stopped and
saw a truck to the left of him trying to get over into his lane. When the light turned green the truck came
over and struck his vehicle on the driver's side. He had his hand on the steering wheel and was leaning
down onto his left arm on the door upon impact. He did have some immediate swelling and some pain in
his shoulder and the pain was worse the following day. He denies any prior history of any left shoulder
complaints. He also states that he noticed some popping in his left shoulder not present on the right since
the accident. His pain is 6/10 in intensity and when it is at its worst it is 9/10. He did have some treatment at
South Shore Physicians Group and we have some of these records available for review. He has had some
topical modality treatments of the shoulder, but denies any specific physical therapy

Accident Information:
    Injury/Treatment Information
        Date of injury:  *10/23/20*
        Did this injury occur while on the job?  *No*
        Parish where accident occurred:  *St. John the Baptisit*
        The pain began  *Immediately*
        Treatment:  *Patient received treatment following the accident.*
        Facility:  *Ochsner ER in Laplace*
        Treatment Received:  *Evaluation, X-Rays*
        Diagnostic imaging was  *performed.*
        Type of diagnostic imaging performed:  *X-Rays, MRI*
        Previous injury to affected areas was  *not reported.*
Prior:
    Treatment or complaints to body part prior to this incident: none.
    Treatment received post incident: PT.

---

**Provider:  Douglas Bostick, M.D.**

**Date: 02/23/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ⬛⬛⬛1989 (31 yo M) **Acc** No. 37344 **DOS:** 02/23/2021

Signs and Symptoms:
    Complaints
       Anxiety  *No*
       Depression  *No*
       Sleep Disruption  *Yes*
       Headaches  *No*
       Muscle Spasm  *No*
       Pain  *Yes*
       Joint Stiffness  *No*
       Radiating Pain  *No*
Symptoms:
    Symptoms:
       Left Shoulder Pain:  *Present*
       Pain at time of appointment:  *5-6 (Moderate)*
       Pain at Worst:  *9 (Crying)*
       Pain at Best:  *3-4 (Tolerable)*
       Quality:  *Aching*
       Frequency:  *Intermittent (Comes and goes)*
       Duration:  *Days*
       What decreases symptoms:  *Rest*
       What increases symptoms:  *Lifting*

**Current Medications**
None

**Past Medical History**
    Medical History Verified..

**Surgical History**
Denies Past Surgical History

**Family History**
Non-Contributory

**Social History**
*Social History:
    Marital Status: Single.
    Cigarettes, packs per day: None.
    Dip, Chewing Tobacco, Electronic Cigarettes: No.
    Alcohol Use: Rarely.
    Recreational Drugs (within the last 12 months): No.
    Employment Status: Full-time.
    Employer/Type of Work: commody grader.
    Last date worked: 02/17/2021.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
*ROS:
    Frequent fever Denies.  Weight loss Denies.  Blurred vision Denies.  Hoarseness Denies.  Trouble

---

**Provider:  Douglas Bostick, M.D.**                                  **Date:** 02/23/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 02/23/2021

swallowing Denies. Chest pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies. Vomiting Denies. Heartburn Denies. Painful urination Denies. Blood in urine Denies. Irregular periods Denies. Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies. Excessive thirst Denies. Excessive urination Denies. Easy bleeding Denies. Easy Bruising Denies. Prior blood transfusion No. Problems with vision Denies. Problems with urination Denies. Problems with bowel habits Denies.

## Vital Signs
Temp 98.7 F, HR 74 /min, BP 118/79 mm Hg.

## Examination
Imaging Studies:
     Three-view plain radiographs of the left shoulder were obtained today are within normal limits.
     Films and report of an MRI performed at Metairie Imaging dated 1/8/2021 was reviewed and shows a posterior labral tear with a small peri-labral cyst, findings of bursitis and impingement as well as evidence of a SLAP tear with increased signal at the biceps labral complex (not commented on by the radiologist).

## Physical Examination
     Clinical examination of the left shoulder does reveal some reproducible popping with SLAP lesion testing. He has pain with O'Brien testing. Jobe testing is fairly well tolerated. His rotator cuff strength is intact. He has some mild impingement signs and no scapular winging. Crank testing is well tolerated without any gross instability. There is clinical tenderness over his bicipital groove that is fairly mild. Subscapularis and infraspinatus strength testing is intact.

## Diagnosis
1. Left shoulder strain - S46.912A (Primary)
2. Shoulder pain, left - M25.512
3. Impingement syndrome of left shoulder - M75.42
4. SLAP lesion of left shoulder - S43.432A
5. Bursitis of shoulder, left - M75.52
CAUSATION STATEMENT: Based on the patient's account, subjective findings, and my objective findings, the injuries diagnosed and treated herein are directly and causally attributed to the accident which occurred on 10/23/20.

## Orders
1. Left shoulder strain
Start Meloxicam Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30
Clinical Notes: Referral to physical therapy for evaluation and treatment of his left shoulder. We will see him back in 6-8 weeks for clinical reassessment.
Referral To:Physical Therapy
          Reason:Eval and treat left shoulder strain/labral tear

## Procedure Codes
99244 Office Consultation Level 4, Modifiers: 25
73010 X-RAY EXAM OF SCAPULA (2 views), Modifiers: 52
73030 X-RAY EXAM OF SHOULDER (2 views)

**Provider:  Douglas Bostick, M.D.**                                    **Date:** 02/23/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric **DOB:** ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 02/23/2021

**Electronically signed by Robert Bostick , MD on 02/23/2021 at 04:59 PM CST**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

**Provider:  Douglas Bostick, M.D.**                                                   **Date: 02/23/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# REFERRAL

Douglas Bostick, M.D.                                                      Eric Gauff
Orthopedic Extremity Specialist                                       ██████1989
**LAHS-Bostick**
3001 DIVISION ST STE 100, METAIRIE, LA-70002-5855
Tel: 504-620-5520  Fax: 504-605-3787

Date:                02/25/2021

**Patient Information:**

| | |
|---|---|
| Patient Name: | Eric Gauff |
| Patient DOB: | 12/26/1989 |
| Patient Insurance: | Dean Favret |
| Patient Subscriber No: | 2020.10.23 |
| Patient Address: | 355 Chad B Baker St, Reserve, LA 70089 |
| Patient Phone: | 504-390-1989 |
| Patient Work Phone: | |
| Patient Cell Phone: | 504-390-1989 |

**Insurance Information**

| | |
|---|---|
| Insurance Name: | Dean Favret |
| Subscriber Name: | Gauff, Eric |
| Subscriber DOB: | 12/26/1989 |
| Subscriber No: | 2020.10.23 |
| Subscriber Group No: | |
| Subscriber Address: | 355 Chad B Baker St, Reserve, LA 70089 |
| Subscriber Phone: | 504-390-1989 |

**Referral From Information:**

| | |
|---|---|
| Provider Name: | Douglas Bostick, M.D. |
| Provider ID Number: | |
| Provider UPIN: | H36418 |
| Provider NPI: | 1518916915 |
| Provider Facility: | LAHS-Bostick |
| Provider Speciality: | Orthopedic Extremity Specialist |
| Address1: | 3001 DIVISION ST |
| Address2: | STE 100 |
| City, State, Zip: | METAIRIE, LA, 70002-5855 |
| Phone: | 504-620-5520 |
| Fax: | 504-605-3787 |

**Referral To Information:**

| | |
|---|---|
| Provider Name: | |
| Provider ID Number: | |
| Provider UPIN: | |
| Provider NPI: | |
| Provider Facility: | |
| Provider Speciality: | Physical Therapy |
| Address1: | |
| Address2: | |
| City, State, Zip: | , , |
| Phone: | |
| Appt. Date/Time: | |
| Fax: | |

Facility Tax ID
Number:

# REFERRAL

Douglas Bostick, M.D.
Orthopedic Extremity Specialist
**LAHS-Bostick**
3001 DIVISION ST STE 100, METAIRIE, LA-70002-5855
Tel: 504-620-5520  Fax: 504-605-3787

Eric Gauff
~~1989~~

**Reason For Referral:**

| | |
|---|---|
| **Authorization No:** | **Authorization Type:** |
| Reason: | Eval and treat left shoulder strain/labral tear |
| Diagnosis: | S46.912A - Left shoulder strain |
| E/M Codes: | |
| Procedures: | |
| Visits Allowed: | 0 |
| Unit Type: | V (VISIT) |
| Start Date: | 02/23/2021 |
| End Date: | 02/23/2022 |

**Notes:**
**Clinical Notes:**
**Structured Data:**

Provider NPI:      1518916915

Electronically signed by Bostick, Robert Douglas, MD on 02/25/2021 at 03:23 PM CST

GAUFF JR, Eric DOB: ██████1989 (31 yo M) Acc No. 37344 DOS: 04/07/2021



# LA Health Solutions

### Initial Visit PT-Established Patient

**Patient:** Gauff Jr, Eric
**DOB:** ███1989 **Age:** 31 Y **Sex:** Male

**Provider:** Robin Roser, DPT
**Date:** 04/07/2021

**History of Present Illness**
COVID-19 Screening:
    COVID-19 Screening
        Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
        Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
        Have you had any of the following symptoms in the last 14 days? *No Symptoms*
        Are you currently experiencing any of the below symptoms? *No Symptoms*
Patient Subjective:
    Pain (Dolor):
        Region: *Mid back (Espalda Media),Left shoulder (Hombro Izuierda)*
        Level of pain-LEFT SHOULDER (nivel de dolor en el hombro izquierdo) *5-6-Moderate*
        Level of pain-MID BACK (nivel de dolor en la espalda media) *7-8-Severe*
        Status Compared to Last Visit (cualquier cambio desde la ultima visita) : *Better (mejor)*
Mechanism of Injury:
    Patient reports in October 2020 he was restrained driver sitting at a red light when another vehicle came into his lane and hit his driver side when the light turned green (the patient was just starting to take his foot off of the break to accelerate). Patient reports his L arm was leaning on the driver door when the accident occurred. Patient reports the pain in L shoulder st arted immediately. Patient went to ER right away and did xrays. Patient has had chiro tx for his shoulder. Patient has not had physical therapy, injections, or surgeries on shoulder.
Daily Subjective::
    Patient reports increased pain with putting his L UE behind his head and any rotation activities of his shoulder. Patient reports he has tightness and pain. Patient reports the pain is mostly in the anterior/lateral aspect of L GH joint, as well as in his axilla and scapula region. Patient is L hand dominant. Patient denies any radicular symptoms into UEs. Patient reports popping in L shoulder with any rotational movements.

**Examination**
PT Exam:
    Strength:
    R UE strength grossly 5/5

    L UE strength:
    shoulder flexion 4+/5 with reports of pain lateral GH joint and lateral deltoid
    shoulder abduction 4/5 with reports of pain anterior GH joint
    shoulder IR 5/5
    shoulder ER 4+/5 with reports of pain posterior shoulder and infraspinatous
    elbow grossly 5/5
    wrist grossly 5/5.

---

**Provider:  Robin Roser, DPT**                                    **Date:** 04/07/2021

GAUFF JR, Eric **DOB:** ⬛⬛⬛/1989 (31 yo M) **Acc No.** 37344 **DOS:** 04/07/2021

Neurovascular Exam:
 sensation to light touch grossly intact B UEs.
Special Test:
 + L Obriens
 + L impingement testing

Palpation:
 TTP L anterior GH joint, L posterior GH joint, L upper trap, L levator scap, L infraspinatous.
ROM:
 R shoulder A/PROM WNL
 L shoulder A/PROM
 flexion WNL with reports of pain in axilla
 abduction WNL with reports of pain in superior/lateral GH joint
 IR WNL with reports of pain in anterior GH joint
 ER WNL.
Posture/Observation:
 slouched posture with rounded shoulders/forward head.
Flexibility:
 decreased flexibility upper trap, levator scap, pec minor.
GOALS:
 SHORT TERM GOALS to be met in 3 weeks:
 1. Establish HEP.
 2. Patient report decreased pain levels in L shoulder.
 3. Pain free L shoulder A/PROM in all planes.

 LONG TERM GOALS to be met in 6 weeks:
 1. I with HEP.
 2. Increase L shoulder strength to 5/5.
 3. Patient return to PLOF with L UE use without pain or limitations..

**Therapeutic Interventions**
Modalities
    IFC E-stim with ice : to L shoulder

**Diagnosis**
1. Shoulder pain, left - M25.512
2. Weakness of shoulder - R29.898
Assessment: Patient presents to physical therapy for evaluation and treatment of L shoulder. Patient presents with painful ROM, decreased strength, tenderness and pain, decreased flexibility, and subsequent functional limitations. Patient will benefit from PT to address these deficits to reach PT goals. Good tolerance to electrical stimulation and ice today to L shoulder.

**Orders**
**1. Others**
Notes:
Patient will benefit from PT 2x/week x6 weeks to address deficits stated above to reach PT goals.

*POC to include but not limited to any combination of the following treatments: manual therapy, therapeutic exercise, therapeutic activity, cardio training, gait training, Neuromuscular re-education, modalities, traction, MHP, cryotherapy, ultrasound, laser, dry needling, cupping, and kinesiotaping..

**Treatment**
Electrical Stimulation:

---

**Provider: Robin Roser, DPT**                                        **Date:** 04/07/2021

GAUFF JR, Eric **DOB:** ▮▮▮▮1989 (31 yo M) **Acc No.** 37344 **DOS:** 04/07/2021

Upper extremity E-stim
  Upper Extremity E-stim  *Left shoulder/deltoid with cold pack*
  Time Duration:  *10 minutes*

**Procedure Codes**
97161 PT EVAL LOW COMPLEX 20 MIN
97014 ELECTRIC STIMULATION THERAPY

*P8R, PT*

**Electronically signed by Robin Roser , PT, DPT on 04/07/2021 at 09:53 AM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

---

**Provider:  Robin Roser, DPT**                                   Date: 04/07/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# SouthShore Physician Group

**Metairie · Mid-City · WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

April 27, 2021

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112

**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Supplemental Report**

To whom it may concern:

Please see previous report dated April 6, 2021.

On April 21, 2021, Mr. Gauff returned to the Metairie office and was evaluated by Dr. Nancy Rogers. Patient states his pain level is at a 5-6/10, blood pressure is 117/76, pulse is 86, and temperature is 97.4 degrees. He returns and reports he had a gap in therapy due to illness and has increased pain in his left shoulder and back. Patient has a follow up appointment scheduled with Dr. Bostick in May of 2021 to evaluate left shoulder. The left shoulder MRI report from January 8, 2021 showed non-displaced tear of posterior labrum with small paralabral cyst and Type II acromion with impingement. On exam, the left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion with a full range of motion, with pain at end range. There was 1/3 tenderness to palpation over the posterior cervical, left trapezius muscle, and left C7 insertion. The cervical spine had 70% range of motion. There was 1/3 tenderness to palpation over the thoracic and lumbar paraspinal muscles, with 80% range of motion. Moist heat and deep tissue massage were ordered once a week to his thoracic, lumbar, and left shoulder areas. A follow up appointment was scheduled in three weeks.

We will continue to follow Mr. Gauff and keep you advised as to his condition. If you require any additional information, please do not hesitate to contact the office.

Sincerely yours,

Nancy Rogers, M.D.
SSPG:ep
Enclosure

RECEIVED
APR 30 2021

GAUFF JR, Eric **DOB:** ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 05/11/2021



# LA Health Solutions

---

**Patient:** Gauff Jr, Eric                                      **Provider:** Douglas Bostick, M.D.
**DOB:**████1989 **Age:** 31 Y **Sex:** Male                                      **Date:** 05/11/2021

---

**Reason for Appointment**
1. Lt Shoulder Pain

**History of Present Illness**
COVID-19 Screening:
    COVID-19 Screening
      Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
      Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
      Have you had any of the following symptoms in the last 14 days? *No Symptoms*
      Are you currently experiencing any of the below symptoms? *No Symptoms*
Interim History:
    Returns today for follow-up of his left shoulder. He still reporting ongoing popping and clicking and sharp pains with certain motions. He has been attending physical therapy and does feel some benefit with this. There has been no intervening trauma.
    New accidents or injuries since last visit: None.
Signs and Symptoms:
    Complaints
      Anxiety *Denies*
      Sleep Disruption *Denies*
      Headaches *Denies*
      Muscle Spasm *Denies*
      Pain *Present*
      Joint Stiffness *Present*
      Radiating Pain *Denies*
Symptoms:
    Symptoms:
      Left Shoulder Pain: *Present*
      Pain at time of appointment: *5-6 (Moderate)*
      Pain at Worst: *7-8 (Severe)*
      Pain at Best: *3-4 (Tolerable)*
      Quality: *Sharp*
      Frequency: *Intermittent (Comes and goes)*
      Duration: *Minutes*

**Current Medications**
Taking
• Meloxicam 15 MG Tablet 1 tablet with food Orally Once a day, stop date 06/13/2021
Not-Taking/PRN
• Meloxicam 15 MG Tablet 1 tablet Orally Once a day

---

**Provider: Douglas Bostick, M.D.**                                      **Date:** 05/11/2021

5/13/2021                                              Print Preview

GAUFF JR, Eric DOB: 1989 (31 yo M) Acc No. 37344 DOS: 05/11/2021

Medication List reviewed and reconciled with the patient

**Past Medical History**
   Medical History Verified.

**Surgical History**
   Denies Past Surgical History

**Family History**
No Family History documented.

**Social History**
*Social History:
      Marital Status: Single.
      Cigarettes, packs per day: None.
      Dip, Chewing Tobacco, Electronic Cigarettes: No.
      Alcohol Use: Rarely.
      Recreational Drugs (within the last 12 months): No.
      Employment Status: Full-time.
      Employer/Type of Work: commody grader.
      Last date worked: 02/17/2021.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
*ROS:
      Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Hoarseness Denies. Trouble
swallowing Denies. Chest pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies.
Nausea Denies. Vomiting Denies. Heartburn Denies. Painful urination Denies. Blood in urine Denies.
Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies. Excessive thirst Denies.
Excessive urination Denies. Easy bleeding Denies. Easy Bruising Denies. Prior blood transfusion Denies.
Problems with vision Denies. Problems with urination Denies. Problems with bowel habits Denies.

**Examination**
Imaging Studies:
      2/23/21: Left shoulder radiographs are within normal limits.
      Left shoulder MRI from Metairie Imaging dated 1/8/2021 shows a posterior labral tear with a small peri-labral
cyst, findings of bursitis and impingement as well as evidence of a SLAP tear with increased signal at the biceps
labral complex (not commented on by the radiologist).

**Physical Examination**
   Clinical exam reveals some reproducible popping with rotational movement in his subacromial space of the left
shoulder and some very mild impingement pain. His rotator cuff strength is intact and there is no AC joint pain or
instability. There is no scapular winging. There is some very minor tenderness in his bicipital groove as well.

**Diagnosis**
1. Left shoulder strain – S46.912A (Primary)
2. Shoulder pain, left – M25.512
3. Impingement syndrome of left shoulder – M75.42
4. SLAP lesion of left shoulder – S43.432A
5. Bursitis of shoulder, left – M75.52

**Orders**

---

**Provider:  Douglas Bostick, M.D.**                               Date: 05/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

2/3

GAUFF JR, Eric **DOB:** ████/1989 (31 yo M) **Acc No.** 37344 **DOS:** 05/11/2021

**1. SLAP lesion of left shoulder**
Start Meloxicam Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 0
Clinical Notes: We will prescribe some meloxicam and have him continue physical therapy and we will see him back in a few months for follow-up.

**Procedure Codes**
99214 Office Visit, Est Pt., Level 4 (25 min)

**Electronically signed by Robert Bostick , MD on 05/12/2021 at 01:16 PM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

---

**Provider:  Douglas Bostick, M.D.**                                    Date: 05/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# SouthShore Physician Group

**Metairie · Mid-City · WestBank**
Telephone: **(504)888-4037** Fax: **(504)888-6549**

*Specializing in Personal &*
*Soft-Tissue Injuries*

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3Locations@icloud.com
www.SSPGNOLA.com

June 3, 2021

Mr. Dean J. Favret
Attorney at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112



**RE: Eric M. Gauff Jr.**
**Account #: 603856-M**
**Final Report**

To whom it may concern:

Please see previous report dated April 27, 2021.

On May 13, 2021, Mr. Gauff returned to the Metairie office and was evaluated by Dr. Nancy Rogers. Patient reports his pain level is at a 5-6/10, blood pressure is 138/86, pulse is 62, and temperature is 97.9 degrees. He states his left shoulder pain is slowly improving with therapy. The patient is attending physical therapy at LA Health Solutions twice a week for physical therapy supervised for therapeutic exercise addressing left shoulder. Patient has a follow up with Dr. Bostick in July of 2021 to re-evaluate left shoulder injury. The left shoulder MRI from January 8, 2021 showed non-displaced tear of posterior labrum with small cyst and Type II acromion with impingement. He reports persistent lower back pain. Upon evaluation, the left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion and a full range of motion, with pain at end range. There was 1/3 tenderness to palpation over the lumbar paraspinal muscles, with 70% range of motion. ... the lumbar spine without contrast was ordered. Therapy is to be continued as before and a follow up appointment was scheduled in three weeks.

Mr. Gauff returned to the Metairie office on June 3, 2021, and was examined by Dr. Nancy Rogers. The patient reports his pain level is at a 4/10, blood pressure is 126/80, pulse is 98, and temperature is 98.4 degrees. He is treating with Dr. Bostick for left shoulder and next follow up is in July of 2021. Patient reports persistent left shoulder and upper back pain. He is participating in physical therapy twice a week for the left shoulder. On exam, the left shoulder had 1/3 tenderness to palpation over the acromioclavicular joint and supraspinatus insertion with full range of motion, with pain at end range. The left medial scapular insertion had 1/3 tenderness to palpation. No further appointment was made here for Mr. Gauff and he was discharged to the care of orthopedics.

# SouthShore Physician Group

**Metairie - Mid-City - WestBank**

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicanGroup.com

FAX

## CONSULT REQUEST

| | | | |
|---|---|---|---|
| TO: | Mr. Dean J. Favret | | Request 1 |
| | Attorney at Law | **Date:** May 13, 2021 | |
| | 1515 Poydras St. Suite 1400 | **Fax:** 504-523-0699 | |
| | New Orleans, LA 70112 | | |

| Account #: | Patient Name: | Status: | Lawyer: |
|---|---|---|---|
| 603856-M | ERIC M. GAUFF, JR | Active | FAVRET/D |

| DOB: | Age: | Sex: | INS.WC: | DOA: 10/23/20 |
|---|---|---|---|---|
| ●●89 | 31 | M | | DR Appt: 5/13/2021 |

The physician recommends that the following evaluation/diagnostic work be done.

ii.  Physician recommends patient have further diagnostic testing done:

MRI of the:

Lumbar Spine  -    (M54.5)

Details: -without contrast

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
May 13, 2021 at 10:36 AM

CASTILLO

# South ﾂhore Physician Grﾑﾑp

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

FAXED

JUN 03 2021

## CONSULT REQUEST

TO:   Mr. Dean J. Favret
      Attorney at Law
      1515 Poydras St. Suite 1400
      New Orleans, LA 70112

Date:   June 3, 2021
Fax:    504-523-0699

| Account #:<br>603856-M | Patient Name:<br>ERIC M. GAUFF, JR | | Status:<br>Discharged | Lawyer:<br>FAVRET/D |
|---|---|---|---|---|
| DOB:<br>▬▬789 | Age:<br>31 | Sex:<br>M · | INS.WC: | DOA:   10/23/20<br>DR Appt:  6/3/2021 |

The physician recommends that the following evaluation/diagnostic work be done.

i.  Physician recommends patient be discharged to:

   **Orthopedic Surgeon**

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
June 3, 2021 at 11:11 AM

To: Mr. Dean Favret From: Southshore Physician Pages: 2, Return fax #: 504-888-6549

# SouthShore Physician Group

**Metairie - Mid-City - WestBank**

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

## CONSULT REQUEST

TO:   Mr. Dean J. Favret
      Attorney at Law
      1515 Poydras St. Suite 1400
      New Orleans, LA 70112

Date:  June 3, 2021
Fax:   504-523-0699

| Account #: 603856-M | Patient Name: ERIC M. GAUFF, JR | | Status: Discharged | Lawyer: FAVRET/D |
|---|---|---|---|---|
| DOB: ▓▓▓/89 | Age: 31 | Sex: M | INS.WC: | DOA: 10/23/20 |
| | | | | DR Appt: 6/3/2021 |

The physician recommends that the following evaluation/diagnostic work be done.

i. Physician recommends patient be discharged to:

   Orthopedic Surgeon

Sincerely,

Nancy L. Rogers, M.D. / KC

SouthShore Physician Group

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED: Nancy L. Rogers, M.D.
June 3, 2021 at 11:11 AM

Printed by KAREN CASTILLO

GAUFF JR, Eric DOB: ██/1989 (31 yo M) Acc No. 37344 DOS: 05/13/2021



# LA Health Solutions

## PT Re-Evaluation

**Patient:** Gauff Jr, Eric
**DOB:** ██/1989 **Age:** 31 Y **Sex:** Male

**Provider:** Robin Roser, DPT
**Date:** 05/13/2021

## History of Present Illness

Patient Subjective:
    Pain (Dolor):
      Region: *Left shoulder (Hombro Izuierda)*
      Level of pain-LEFT SHOULDER (nivel de dolor en el hombro izquierdo) *5-6-Moderate*
      Status Compared to Last Visit (cualquier cambio desde la ultima visita) : *Better (mejor)*
    Patient reports he feels like he is getting better since starting PT. Patient reports he is able to use his L shoulder more than he was able to before. Patient reports he continues to have pain and popping with R shoulder functional activities, although it has improved since starting PT. Patient reports the popping mostly occurs when he reaches overhead.

## Examination

PT Exam:
    Strength:
    R UE strength grossly 5/5

    L UE strength:
    shoulder flexion 4+/5 with reports of pain lateral GH joint
    shoulder abduction 4/5 with reports of pain lateral GH joint
    shoulder IR 5/5
    shoulder ER 4+/5 with reports of pain posterior shoulder and infraspinatous
    elbow grossly 5/5
    wrist grossly 5/5.
    Neurovascular Exam:
    sensation to light touch grossly intact B UEs.
    Special Test:
    + L Obriens
    + L impingement testing

    Palpation:
    TTP L anterior and lateral GH joint, mild TTP L upper trap.
    ROM:
    R shoulder A/PROM WNL
    L shoulder A/PROM
    flexion WNL with reports of pain in superior/lateral GH joint
    abduction WNL with reports of pain in superior/lateral GH joint
    IR WNL with reports of pain in anterior GH joint

---

**Provider:  Robin Roser, DPT**

**Date:** 05/13/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF JR, Eric **DOB:** ████/1989 (31 yo M) **Acc No.** 37344 **DOS:** 05/13/2021

ER WNL.
Posture/Observation:
slouched posture with rounded shoulders/forward head.
Flexibility:
decreased flexibility upper trap, levator scap, pec minor.
GOALS:
SHORT TERM GOALS to be met in 3 weeks:
1. Establish HEP. (MET 5/13/21)
2. Patient report decreased pain levels in L shoulder. (MET 5/13/21)
3. Pain free L shoulder A/PROM in all planes. (ONGOING 5/13/21)

LONG TERM GOALS to be met in 6 weeks:
1. I with HEP. (ONGOING 5/13/21)
2. Increase L shoulder strength to 5/5. (ONGOING 5/13/21)
3. Patient return to PLOF with L UE use without pain or limitations. (ONGOING 5/13/21).

**Therapeutic Interventions**
Modalities
    IFC E-stim with ice : to L shoulder to conclude treatment
PT Cervical/UE Exercises
    UT Stretch : B 3 x 30 seconds each
    Levator Stretch : B 3 x 30 seconds each
    Scapular Retractions : 20x5" hold
    Doorway Stretch : 3 x 30 seconds L UE, Lower Pect Stretch
    Shoulder Pulleys : L UE, Flexion, Abduction, 3 minutes each
    Supine Wand Flexion : 20x5"
    Sidelying ER : L UE x20 reps
    TB Row : x 20 reps with green Theratube
    Shoulder Rolls : x20 reps
    Shoulder Extension : x 20 reps with green Theratube
    B Shoulder ER with scapula squeeze : x 20 reps with yellow TB
    Sidelying Abduction : L UE x20 reps

**Diagnosis**
1. Shoulder pain, left - M25.512
2. Weakness of shoulder - R29.898
Assessment: Pt tolerated treatment well. Patient continues to present with strength deficits and painful L shoulder ROM. Patient subjectively reports decreased pain but does continues to have some functional limitations. Patient continues to benefit from PT to address remaining deficits to reach PT goals. Continue progressing per patient tolerance.

**Orders**
1. Others
Notes: Patient continues to benefit from PT 2x/week until completion of PT goals.

**Treatment**
Electrical Stimulation:
    Upper extremity E-stim
        Upper Extremity E-stim  *Left shoulder/deltoid*
        Time Duration:  *10 minutes*
Cold Therapy:
    Upper Extremity Cold Therapy
        Region:  *Left shoulder*
        Duration:  *10 minutes*

---

**Provider: Robin Roser, DPT**                                          Date: 05/13/2021

5/17/2021                                           Print Preview

GAUFF JR, Eric **DOB:** ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 05/13/2021

PT Therapeutic Exercises:
   Therapeutic Exercises
     Time Duration: *35 minutes*
     Reasoning for TE: *Stretching, Strengthening, Improve joint function*

**Procedure Codes**
97014 ELECTRIC STIMULATION THERAPY
97110 TE, Units: 2.00
97164 PT RE-EVAL EST PLAN CARE

*PSK, PT*

**Electronically signed by Robin Roser , PT, DPT on 05/13/2021 at 10:22 AM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  Robin Roser, DPT**                                    Date: 05/13/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

3/3



6/22/2021                                               Print Preview

GAUFF, Eric DOB: ████1989 (31 yo M) Acc No. 37344 DOS: 06/18/2021



# LA Health Solutions

### PT Re-Evaluation

**Patient:** Gauff, Eric                                          **Provider:** Dawn Holliday, PT
**DOB:** ████1989 Age: 31 Y Sex: Male                            **Date:** 06/18/2021

## History of Present Illness
Patient Subjective:
   Pain (Dolor): Region: Sacrum(Tail Bone)/Sacro (hueso de la Cola),Left shoulder (Hombro Izquierda), Level of pain-LEFT SHOULDER (nivel de dolor en el hombro izquierdo) 5-6-Moderate, Level of pain-SACRUM (nivel de dolor en el sacro) 5-6-Moderate, Status Compared to Last Visit (cualquier cambio desde la ultima visita) : Better (mejor).
   Patient reports that he still experiences the popping in his front/lateral L shoulder with driving. He states that he will feel a catch. He states that he can't sleep on that arm due to discomfort. Patient reports that when he is doing his normal activities he is doing fairly well, but he has to rest frequently due to pain.

## Examination
PT Exam:
   Strength:
   R UE strength grossly 5/5 MMG

   L UE strength:
   Shoulder Flexion 4+/5 MMG with reports of pain anterior/lateral GH joint
   shoulder abduction 4+/5 MMGwith reports of pain lateral GH joint
   shoulder IR 5/5 MMG
   shoulder ER 5/5 MMG with reports of pain anterior shoulder
   Elbow grossly 5/5 MMG
   Wrist grossly 5/5 MMG

   Neurovascular Exam: Sensation to light touch grossly intact B UEs.
   Special Test:
   + L Obriens
   + L impingement testing

   Palpation:
   Patient reports tenderness to palpation at L anterior GH joint, L AC joint and L long head of biceps.
   ROM:
   R UE ROM WNL in all planes

   L UE
   Shoulder Flexion WNL with reports of pain at superior/lateral shoulder with end range mobility
   Shoulder Abduction WNL with reports of pain at lateral shoulder joint through last 30 degrees
   Shoulder IR grossly WNL. Patient reports pain in anterior shoulder

---

**Provider:  Dawn Holliday, PT**                                          **Date:** 06/18/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

1/3

GAUFF, Eric **DOB:** ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 06/18/2021

Shoulder ER grossly WNL with reports of pain in anterior shoulder joint
Elbow ROM WNL

Functional ER
R UE to T3
L UE to C7

Functional IR
R UE to T9
L UE to L3.
Posture/Observation:
Patient presents with a generally slouched posture.
Flexibility:
Mild deficits in L pec flexibility, L upper trapezius flexibility.
GOALS:
SHORT TERM GOALS to be met in 3 weeks:
1. Establish HEP. (MET 5/13/21)
2. Patient report decreased pain levels in L shoulder. (MET 5/13/21)
3. Pain free L shoulder A/PROM in all planes. (ONGOING 06/18/21)

LONG TERM GOALS to be met in 6 weeks:
1. I with HEP. (ONGOING 6/18/21)
2. Increase L shoulder strength to 5/5. (ONGOING 6/18/21)
3. Patient return to PLOF with L UE use without pain or limitations. (ONGOING 06/18/21).

**Diagnosis**
1. Shoulder pain, left - M25.512 (Primary)
2. Weakness of shoulder - R29.898
Assessment: Patient with steady improvements in functional strength and mobility. Patient does maintain dysfunction through glenohumeral joint with abnormal mechanics noted with functional reach and ER activities. He may benefit from further interventions to address these deficits in order to promote optimal recovery.

**Orders**
1. Others
Notes:
Patient will benefit from continued PT 2 x week to address deficits stated above to reach PT goals.

*POC to include but not limited to any combination of the following treatments: manual therapy, therapeutic exercise, therapeutic activity, cardio training, gait training, Neuromuscular re-education, modalities, traction, MHP, cryotherapy, ultrasound, laser, dry needling, cupping, and kinesiotaping..

**Procedure Codes**
97164 PT RE-EVAL EST PLAN CARE

*Dawn P Holliday, PT*

---

**Provider: Dawn Holliday, PT**                                      Date: 06/18/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

2/3

6/22/2021                                    Print Preview

GAUFF, Eric DOB: ▬▬▬/1989 (31 yo M) Acc No. 37344 DOS: 06/18/2021

**Electronically signed by Dawn Holliday , PT on 06/20/2021 at 09:50 PM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  Dawn Holliday, PT**                                    **Date: 06/18/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600


07/08/2021


NANCY ROGERS, M.D.


RE :ERIC GAUFF
DOB : ██████1989


72148-MRI SPINAL CANAL, LUMBAR  WO CONTRAST
RADIOLOGY REPORT - FINAL
Radiologist: ARMINGTON, WILLIAM M.D.
Report Date: 07/08/2021 12:23

Clinical history:
Low back pain following trauma.


Procedure:
Sagittal T1, T2 and fat-suppressed T2 and axial oblique T1 and
T2-weighted images of the lumbar spine were obtained.


Comparison:
None.


Findings:
Anatomic alignment of the osseous structures of the lumbar spine is
present. There is no evidence of spondylolysis or spondylolisthesis.
There is a mild levoscoliosis of the mid lumbar spine.


The anterior longitudinal spinal ligament, posterior longitudinal
spinal ligament, ligamentum flavum, interspinous ligaments and
supraspinal ligament are intact at all locations.


The marrow signal intensity of the osseous elements of the lumbar
spine is within normal limits. There is no evidence of marrow edema or
a marrow replacement process within the lumbar spine, visible elements

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600

07/08/2021

NANCY ROGERS, M.D.

RE :ERIC GAUFF
DOB :████████1989

72148-MRI SPINAL CANAL, LUMBAR  WO CONTRAST
of the lower thoracic spine or the sacrum.

The conus medullaris is normal in position and appearance. Its tip
lies posterior to the cephalad aspect of the L1 vertebral body..

T10-T11: Normal.

T11-T12: Normal. There is minimal anterior vertebral body osteophyte
formation consistent with mild changes of spondylosis deformans.

T12-L1: Normal. Mild changes of spondylosis deformans.

L1-L2: Normal signal intensity within the nucleus pulposus with mild
diffuse bulge of the annulus fibrosis causing mild to moderate
bilateral neural foraminal stenosis which is greater on the left than
on the right. No evidence of central vertebral canal stenosis. Mild
changes of spondylosis deformans.

L2-L3: Normal signal intensity within the nucleus pulposus with
diffuse bulge of the annulus fibrosis causing mild to moderate
bilateral neural foraminal stenosis which is greater on the left than
on the right. No evidence of central vertebral canal stenosis. Mild
changes of spondylosis deformans.

L3-L4: Normal signal intensity within the nucleus pulposus with
diffuse bulge of the annulus fibrosis causing moderate to marked

METAIRIE IMAGING
ELMWOOD MRI, LTD.
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504)454-3600

07/08/2021

NANCY ROGERS, M.D.

RE :ERIC GAUFF
DOB :██████1989

72148-MRI SPINAL CANAL, LUMBAR  WO CONTRAST
bilateral neural foraminal stenosis which is greater on the left than
on the right. No evidence of central vertebral canal stenosis.

L4-L5: Normal signal intensity within the nucleus pulposus with
diffuse bulge of the annulus fibrosis causing moderate to marked
bilateral neural foraminal stenosis which is greater on the left than
on the right. No evidence of central vertebral canal stenosis.

L5-S1: Normal signal intensity within the nucleus pulposus with
diffuse bulge of the annulus fibrosis which together with
retrolisthesis of L5 relative to S1 a distance of 2 mm causes mild
bilateral neural foraminal stenosis which is greater on the left than
on the right. No evidence of central vertebral canal stenosis.

The facet joints are unremarkable in appearance at all levels.

No paraspinous abnormalities are noted.

IMPRESSION:
1. Neural foraminal stenosis due to diffuse bulge of the annulus
fibrosis, bilaterally, L1-2, L2-3, L3-4, L4-5, L5-S1, with
exacerbation at the L5-S1 level by retrolisthesis.
2. Mild scoliotic curvature of the lumbar spine.


Electronically Signed By,

```
               METAIRIE IMAGING
               ELMWOOD MRI, LTD.
               3400 DIVISION STREET
            METAIRIE, LOUISIANA 70002
                 (504)454-3600


                  07/08/2021


NANCY ROGERS, M.D.


                              RE :ERIC GAUFF
                              DOB : ████ 1989


        72148-MRI SPINAL CANAL, LUMBAR  WO CONTRAST
        WILLIAM ARMINGTON, M.D.
```

GAUFF, Eric **DOB:** ▓▓▓▓1989 (31 yo M) **Acc No.** 37344 **DOS:** 07/19/2021

## Progress Note

**Patient:** Gauff, Eric
**DOB:** ▓▓▓▓1989 **Age:** 31 Y **Sex:** Male

**Provider:** Marco A. Rodriguez, M.D.
**Date:** 07/19/2021

**Reason for Appointment**
1. Lumbar pain

**History of Present Illness**
Mechanism of injury:
    Patient was involved in a motor vehicle collision yes.
    Date of collision: 10/23/2020.
    Patient was wearing a seatbelt: Yes.
    The position of the patient in the vehicle was: Driver.
    Direction from which the vehicle was hit: On the driver's side.
    The vehicle was hit by: Pick-up truck/SUV.
    Patient's vehicle speed at the time of the collision: At a complete stop.
    Description of the collision: The patient was at a complete stop when another vehicle merged into the lane the
patient was in and struck the drivers side of the patients vehicle .
    Loss of consciousness: no.
    Airbags deployed: no.
    The pain began: Immediately.
    This patient body part struck the inside of the vehicle: Left arm shoulder hit the drivers side door .
    Prior injuries that required treatment to the spine: none.
    The patient has these residual symptoms from a prior injury: none.
    Subsequent injury since this MVC None.
Neck Pain:
    The patient has neck pain: No.
Mid-back Pain:
    The patient has midback pain No.
Low back pain:
    Low back pain is present:  All of the time.
    The pain began: immediatly.
    Low back pain is made worse by: Sitting, Riding in a car, Standing, Bending, Twisting, Squatting, Lifting, Going up
and down stairs.
    Low back pain is made better by: Therapy, Ice.
    The pain radiates: Does not radiate.
    Numbness or tingling: None.
    Leg weakness: Nowhere.
    Loss of bowel or bladder control since the accident: No.
    LOW BACK PAIN from 0 to 10 (10 being the worst): 8 now 8 AT WORST.
    RIGHT LEG PAIN from 0 to 10 (10 being the worst): 0.

---

**Provider:  Marco A. Rodriguez, M.D.**

**Date:** 07/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ███████1989 (31 yo M) Acc No. 37344 DOS: 07/19/2021

LEFT LEG PAIN from 0 to 10 (10 being the worst): 0.
LOW BACK pain BEFORE this injury (0-10): 0.
RIGHT LEG pain BEFORE this injury (0-10): 0.
LEFT LEG pain BEFORE this injury (0-10): 0.
Neuro Symptoms BEFORE this injury (numbness/weakness): None.
Treatment:
    Visit to the ER: By ambulance.
    ER visit on (date): 10/23/2020.
    Provider/Clinics who evaluated the patient for this injury South Shore Physicians Group. LAHS- Eval by Dr
Bostick for left shoulder pain . LAHS -PT for left shoudler .
    Number of therapy visits: Southshore~ 28 ~19 PT sessions for left shoudler.
    Tests done for this problem: Lumbar (low back) MRI and MRI of Left Shoulder.
    Medications received for this pain: Meloxicam (Mobic).
    Medications help: Yes.
    Conservative care done for this problem: Heat, Cold, E-stim/TENS, Massage.
    Procedures done for injuries sustained with this injury: No spinal injections or surgical intervention.
PMHx/PSHx:
    Primary Care Provider None.
    Referring Provider Dr Bostick.

**Current Medications**
Taking
• Meloxicam 15 MG Tablet 1 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

**Past Medical History**
    Asthma.

**Surgical History**
    Denies Past Surgical History

**Family History**
Non-Contributory

**Social History**
*Social History:
    Marital Status: Single.
    Cigarettes, packs per day: None.
    Dip, Chewing Tobacco, Electronic Cigarettes: No.
    Alcohol Use: Rarely.
    Recreational Drugs (within the last 12 months): No.
    Employment Status: Full-time.
    Employer/Type of Work: commody grader.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
*ROS:
    Frequent fever No. Weight loss No. Blurred vision No. Hoarseness No. Trouble swallowing No. Chest
pains No. Palpitations No. Shortness of breath No. Chronic cough No. Nausea No. Vomiting No. Heartburn No.
Painful urination No. Blood in urine No. Rash No. Headache No. Dizziness No. Anxiety No. Depression No.
Excessive thirst No. Excessive urination No. Easy bleeding No. Easy Bruising No. Prior blood transfusion No.

---

Provider:  Marco A. Rodriguez, M.D.                                    Date: 07/19/2021

GAUFF, Eric **DOB:** ██████/1989 (31 yo M) **Acc No.** 37344 **DOS:** 07/19/2021

### Vital Signs
Temp **97 F**, HR **65** /min, BP **124/75 mm Hg**, Wt 167 lbs, BMI 24.66, Ht 69 in, Ht-cm 175.26, Wt-kg 75.75.

### Past Orders
<u>**Imaging:X ray : Lumbar Spine (A-P/Lateral/Flex/Ext) (Order Date - 07/19/2021) (Collection Date - 07/19/2021)**</u>
Notes: AP and lateral flexion-extension views done today show no instability, no fractures, no deformity in the coronal plane. There are no advanced spondylotic changes (performed and read on 7/19/2021)

### Examination
<u>MRI Studies:</u>
LUMBAR SPINE MRI: Metairie imaging, 7/8/2021. No disc herniations or neurologic compromise. (Reviewed 7/19/2021).

### Physical Examination
<u>Orthopedic Spine Exam:</u>
Lumbar Spine  No skin changes. Tenderness to palpation over the bilateral Mid and lower lumbar facet joints. This pain is increased with extension and rotation in either direction. Negative Faber's test. No groin pain with hip range of motion. Negative straight leg raise bilaterally. 5/5 strength in bilateral hip flexors, quads, tib ant, and gastrocsoleus. Normal sensibility to light touch throughout. No clonus. 2+ PT pulses.

### Diagnosis
1. Pain in left shoulder ~ M25.512
2. Lumbosacral facet joint syndrome ~ M53.87 (Primary), Causing axial lower back pain (With no HNP on MRI)
3. MVC (motor vehicle collision) ~ V89.2XXA, 10/23/2020, This patient's diagnoses are directly related to the motor vehicle accident on the above stated date. He had no baseline symptoms prior to this injury.
MCR.

### Orders
**1. Lumbosacral facet joint syndrome**
Start Zanaflex Tablet, 4 MG, 1 tablet as needed, Orally, qhs, 30 days, 30, Refills 1
Start Mobic Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 1
Notes: Due to the lack of significant improvement with heat, cold, and TENS therapy, I recommend proceeding with chiropractic therapy including stretching, exercises, and adjustments. If the patient's symptoms persist, we could consider Lumbar facet injections versus diagnostic MBB/RFA's (Bilateral L3-S1).
Referral To:Chiropractic Care
Reason:Chiropractic adjustments with stretching and exercises to the cervical and lumbar spine. 2 times per week for 4 weeks

**2. Pain in left shoulder**
Notes: I will defer treatment of the left shoulder to Dr. Bostick.

### Visit Codes
99243 Office Consultation Level 3. Modifiers: 25

### Procedure Codes
72120 X-RAY OF LUMBAR SPINE 3 view

### Follow Up
4 Weeks MCR

---

**Provider:  Marco A. Rodriguez, M.D.**                                     Date: 07/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Print Preview

GAUFF, Eric DOB: ████1989 (31 yo M) Acc No. 37344 DOS: 07/19/2021

**Electronically signed by Marco Rodriguez , MD on 07/23/2021 at 04:14 PM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

_____

**Provider:  Marco A. Rodriguez, M.D.**                                    **Date: 07/19/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

7/26/2021                                    eCW (Bermudez, Francesca )

GAUFF, Eric DOB: ████/1989 (31 yo M) Acc No. 37344

## REFERRAL

Miguel C. Rosales, P.A.C.                                    Eric Gauff
Physician Assistant                                         ████1989
**LAHS-Orthopedic Spine**
3001 DIVISION ST Suite 100, METAIRIE, LA-70002-5809
Tel: 504-620-5520 Fax: 504-832-3983

---

Date:              07/26/2021

**Patient Information:**
Patient Name:        Eric Gauff
Patient DOB:         ████/1989
Patient Insurance:   Dean Favret
Patient Subscriber No:  2020.10.23
Patient Address:     355 CHAD B BAKER ST, RESERVE, LA 70084-5018
Patient Phone:       504-390-1989
Patient Work Phone:
Patient Cell Phone:  504-390-1989
Patient SSN:

**Insurance Information**
Insurance Name:      Dean Favret
Subscriber Name:     Gauff, Eric
Subscriber DOB:      ████1989
Subscriber No:       2020.10.23
Subscriber Group No:
Subscriber Address:  355 CHAD B BAKER ST, RESERVE, LA 70084-5018
Subscriber Phone:    504-390-1989

**Referral From Information:**
Provider Name:       Rosales, Miguel
Provider ID Number:
Provider UPIN:
Provider NPI:        1144571613
Provider Facility:   LAHS-Orthopedic Spine
Provider Speciality: Physician Assistant
Address1:            3001 DIVISION ST
Address2:            Suite 100
City, State, Zip:    METAIRIE, LA, 70002-5809
Phone:               504-620-5520
Fax:                 504-832-3983

**Referral To Information:**
Provider Name:
Provider ID Number:
Provider UPIN:
Provider NPI:
Provider Facility:
Provider Speciality: Chiropractic Care
Address1:
Address2:
City, State, Zip:    , ,
Phone:
Appt. Date/Time:
Fax:                                    Facility Tax ID Number:

7/26/2021                              eCW (Bermudez, Francesca )

GAUFF, Eric DOB: ~~██████~~/1989 (31 yo M) Acc No. 37344

## REFERRAL

Miguel C. Rosales, P.A.C.                                                    Eric Gauff
Physician Assistant                                                     ~~██████~~/1989
**LAHS-Orthopedic Spine**
3001 DIVISION ST Suite 100, METAIRIE, LA-70002-5809
Tel: 504-620-5520 Fax: 504-832-3983

---

**Reason For Referral:**

Authorization No:                          Authorization Type:
Reason:              Chiropractic adjustments with stretching and exercises to the cervical and lumbar spine. 2 times per week for 4
                     weeks
Diagnosis:           M53.87 - Lumbosacral facet joint syndrome
E/M Codes:
Procedures:
Visits Allowed:      8
Unit Type:           AD (ADMISSION)
Start Date:          07/19/2021
End Date:            07/19/2022


Notes:               Torres, Stacey 07/20/2021 10:18:35 AM >scheduled
Clinical Notes:
Structured
Data:



Provider NPI:        1144571613

Electronically signed by Miguel C. Rosales, P.A.C. on 07/26/2021 at 09:06 AM CDT

GAUFF, Eric DOB: ███1989 (31 yo M) **Acc No.** 37344 **DOS:** 07/19/2021



# LA Health Solutions

**PT Re-Evaluation**

**Patient:** Gauff, Eric
**DOB:** ███/1989 **Age:** 31 Y **Sex:** Male

**Provider:** Robin Roser, DPT
**Date:** 07/19/2021

---

**History of Present Illness**
Patient Subjective:
  Pain (Dolor):
    Region: *Left shoulder (Hombro Izuierda)*
    Level of pain-LEFT SHOULDER (nivel de dolor en el hombro izquierdo)  *5-6-Moderate*
    Status Compared to Last Visit (cualquier cambio desde la ultima visita) ;  *Better (mejor)*
    Patient reports pain and mobility has improved in left shoulder. Patient continues to report popping in L shoulder.
Patient reports he has pain with driving or lifting/carrying things with L UE.

**Examination**
PT Exam:
    Strength:
    R UE strength grossly 5/5 MMG

    L UE strength:
    Shoulder Flexion 5/5 MMG with reports of mild pain anterior GH joint
    shoulder abduction 5/5 MMG with reports of mild pain anterior GH joint
    shoulder IR 5/5 MMG
    shoulder ER 5/5 MMG
    Elbow grossly 5/5 MMG
    Wrist grossly 5/5 MMG

    Neurovascular Exam: Sensation to light touch grossly intact B UEs.
    Palpation:
    Patient reports tenderness to palpation at L anterior GH joint and L long head of biceps.
    ROM:
    R UE ROM WNL in all planes

    L UE
    Shoulder Flexion WNL with reports of mild pain at superior shoulder with end range mobility
    Shoulder Abduction WNL with reports of mild pain at anterior/lateral shoulder
    Shoulder IR grossly WNL
    Shoulder ER grossly WNL
    Elbow ROM WNL

    Functional ER
    R UE to T3

---

**Provider:  Robin Roser, DPT**                                              Date: 07/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

1/3

Print Preview

GAUFF, Eric DOB: ▓▓▓▓/1989 (31 yo M) Acc No. 37344 DOS: 07/19/2021

L UE to T3

Functional IR
R UE to T9
L UE to T7.
Posture/Observation:
Patient presents with a generally slouched posture.
Flexibility:
Mild deficits in L pec flexibility, L upper trapezius flexibility.
GOALS:
SHORT TERM GOALS to be met in 3 weeks:
1. Establish HEP. (MET 5/13/21)
2. Patient report decreased pain levels in L shoulder. (MET 5/13/21)
3. Pain free L shoulder A/PROM in all planes. (ONGOING 07/19/21)

LONG TERM GOALS to be met in 6 weeks:
1. I with HEP. (ONGOING 6/18/21)
2. Increase L shoulder strength to 5/5. (MET 7/19/21)
3. Patient return to PLOF with L UE use without pain or limitations. (ONGOING 07/19/21).

**Therapeutic Interventions**
Modalities
    IFC E-stim with Ice : to L shoulder to conclude treatment
PT Cervical/UE Exercises
    UT Stretch : B 3 x 30 seconds each
    Shoulder Abduction : Standing to 90 degrees x 20 reps with Green TB
    Doorway Stretch : 3 x 30 seconds L UE
    Shoulder Pulleys : L UE x 3 min each into shoulder flexion and abduction
    Serratus Anterior : Wall slides with foam roller- emphasizing serratus anterior activation holding 2# in each UE x
20 reps
    T/V/W Over Swiss Ball with B UE : x20 reps with no added resistance
    TB Row : x 20 reps with orange Theratube
    Shoulder Extension : x 20 reps with orange Theratube
    Body Blade : Yellow - IR/ER at neutral + flexion/extension @ 90* shoulder flexion - 2x30" each
    Shoulder Flexion : Standing to 90 degrees x 20 reps with Green TB
    Shoulder External Rotation : x 20 reps with green Theratube
    Shoulder Internal Rotation : x 20 reps with green TB
    Wall Circles : x 20 reps CW and 20 reps CCW with shoulder at 90 degrees of flexion using 1.1 lb plyoball
    Wall Clocks : x 20 reps in each direction with red TB on each UE

**Diagnosis**
1. Shoulder pain, left - M25.512 (Primary)
2. Weakness of shoulder - R29.898
Assessment: Pt tolerated tx well. Patient requires some cues for proper technique and proper muscle activation with
exercises. Patient progressing well with PT as evidenced by improved strength and improved decreased subjective
complaints/pain. Patient continues to present with mild pain with functional mobility of L shoulder. Patient follows up
with Dr. Bostick tomorrow.

**Orders**
1. Others
Notes: Patient follows up with Dr. Bostick tomorrow; he will continue to benefit from PT if Dr. Bostick recommends
continuing PT.

**Treatment**

Provider: Robin Roser, DPT                                            Date: 07/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ██████1989 (31 yo M) **Acc No.** 37344 **DOS:** 07/19/2021

Electrical Stimulation:
    Upper extremity E-stim
        Upper Extremity E-stim  *Left shoulder/deltoid*
        Time Duration:  *10 minutes*
Cold Therapy:
    Upper Extremity Cold Therapy
        Region:  *Left shoulder*
        Duration:  *10 minutes*
PT Therapeutic Exercises:
    Therapeutic Exercises
        Time Duration:  *45 minutes*
        Reasoning for TE:  *Stretching, Strengthening, Improve joint function*

**Procedure Codes**
97014 ELECTRIC STIMULATION THERAPY
97110 TE, Units: 3.00
97164 PT RE-EVAL EST PLAN CARE

**Electronically signed by Robin Roser , PT, DPT on 07/19/2021 at 12:29 PM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

---

**Provider:  Robin Roser, DPT**                                    **Date: 07/19/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

8/9/2021                                                    Print Preview

GAUFF, Eric DOB: �ująca1989 (31 yo M) **Acc No.** 37344 **DOS:** 08/02/2021



# LA Health Solutions

---

**Patient:** Gauff, Eric                                    **Provider:** Casey Accardo, DC
**DOB:** ▁▁▁1989 **Age:** 31 Y **Sex:** Male                                    **Date:** 08/02/2021

---

## History of Present Illness
Patient Subjective:
   Pain (Dolor):
      Region: *Low back (Espalda Baja)*
      Level of pain-LOW BACK (nivel de dolor en la espalda baja) *5-6-Moderate*
      Radiates to (Irradia a): *does not radiate*
      Status Compared to Last Visit (cualquier cambio desde la ultima visita): *Same (mismo)*
Mechanism of Injury:
   Motor Vehicle Collision: Patient was involved in a motor vehicle collision on 10/23/2020 in St. John Baptist Parish.
The patient states that he was the restrained driver and while stopped at a red light, the vehicle to his left attempted to
merge into his lane and struck his whole driver's side. At the time of the impact, the patient was facing forward with both
hands on the steering wheel and right foot on the brakes. The patient reports upon the impact, his body motion was
side to side and his left shoulder struck against the vehicle's door. The patient denies air bag deployment.
Accident Information:
   Injury/Treatment Information
     Date of injury: *10/23/2020*
     Did this injury occur while on the job? *No*
     Parish where accident occurred: *St. John Baptist*
     The pain began *Immediately*
     Treatment: *Patient received treatment following the accident.*
     Facility: *Ochsner ER in LaPalce*
     Treatment Received: *Evaluation, X-Rays*
     Facility: *South Shore Physician Group*
     Treatment Received: *physical therapy*
     Facility: *LA Health Solutions*
     Physician: *Dr. Bostick, Dr. Rodriguez, Robin Roser PT*
     Treatment Received: *physical therapy, orthopedic care, medication*
     Diagnostic imaging was *performed.*
     Type of diagnostic imaging performed: *MRI, X-Rays Lumbar Spine, Left shoulder*
     Previous injury to affected areas was *not reported.*
Signs and Symptoms:
   Complaints
     Anxiety *Present*
     Depression *Denies*
     Sleep Disruption *Present*
     Headaches *Present*
     Dizziness *Present*
     Visual Disturbance *Denies*
     TMJ *Denies*

---

**Provider: Casey Accardo, DC**                                    **Date:** 08/02/2021

8/9/2021                                     Print Preview

GAUFF, Eric **DOB:** ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 08/02/2021

    Muscle Spasm  *Present*
    Pain  *Present*
    Joint Stiffness  *Denies*
    Radiating Pain  *Denies*
Symptoms:
    Symptoms
      Headaches  *Occasional no associated nausea, or vomiting*
      Neck Injuries:  *Neck pain, Neck spasms or shoulder spasms*
      Shoulder Injuries:  *Left shoulder*
      Low Back Pain:  *Low back pain, Low back spasms*
Self Care:
    Self-Care
      Types of self-care patient has attempted at home  *Prescription Medication*
      Frequency  *PRN*
Rivermead Post-Concussion Symptoms :
    Concussion Symptoms
      Headaches  *2 = A mild problem now*
      Feelings of dizziness  *2 = A mild problem now*
      Nausea and/or vomiting  *0 = Not experienced at all*
      Noise sensitivity, or easily upset by loud noise  *0 = Not experienced at all*
      Sleep Disturbance  *2 = A mild problem now*
      Fatigue/tiring more easily  *3 = A moderate problem now*
      Being Irritable or easily angered  *2 = A mild problem now*
      Feeling depressed or tearful  *1 = No more of a problem now than before the accident*
      Feeling frustrated or impatient  *3 = A moderate problem now*
      Forgetfulness or poor memory  *0 = Not experienced at all*
      Poor concentration  *0 = Not experienced at all*
      Taking longer to think  *0 = Not experienced at all*
      Blurred vision  *0 = Not experienced at all*
      Light sensitivity, or easily upset/irritated by bright light  *0 = Not experienced at all*
      Double vision  *0 = Not experienced at all*
      Restlessness  *1 = No more of a problem now than before the accident*
      RPQ-3 Score (total for first three items)  *4*
      RPQ-13 Score (total for next 13 items)  *12*

**Current Medications**
Taking
• Mobic 15 MG Tablet 1 tablet Orally Once a day, stop date 09/17/2021
Not-Taking/PRN
• Meloxicam 15 MG Tablet 1 tablet Orally Once a day
• Zanaflex 4 MG Tablet 1 tablet as needed Orally qhs, stop date 09/17/2021
Medication List reviewed and reconciled with the patient

**Past Medical History**
    Asthma.

**Surgical History**
    Denies Past Surgical History

**Family History**
No Family History documented.

**Social History**
*Social History:
    Marital Status: Single.

---

Provider:  **Casey Accardo, DC**                                          Date: 08/02/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

8/9/2021                                       Print Preview

GAUFF, Eric DOB: ████1989 (31 yo M) **Acc No. 37344 DOS: 08/02/2021**

Cigarettes, packs per day: None.
Dip, Chewing Tobacco, Electronic Cigarettes: No.
Alcohol Use: Rarely.
Recreational Drugs (within the last 12 months): No.
Employment Status: Full-time.
Employer/Type of Work: commody grader.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
*ROS:
    Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Trouble swallowing Denies. Chest
pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies.
Vomiting Denies. Rash Denies. Headache Present. Dizziness Present. Anxiety Present. Depression Denies.
Excessive thirst Denies. Easy bleeding Denies. Easy Bruising Denies. Problems with vision Denies. Problems with
urination Denies. Problems with bowel habits Denies.

**Vital Signs**
HR **70 /min**, BP **126/74 mm Hg**, Wt **170 lbs**, BMI **25.1**, Ht **69 in**, Ht-cm 175.26, Wt-kg 77.11.

**Examination**
Lumbar Spine/Lower back:
    RANGE OF MOTION: (Thoracolumbar Measured in Degrees) Flexion: 70/90 pain, Extension: 20/30 pain, Left
lateral flexion: 25/30 pain, Right lateral flexion: 20/30 pain, Left rotation: 15/30 pain, Right rotation: 20/30
pain/tenderness/tightness.
    LEFT LUMBAR MUSCLE TENSION: moderate.
    RIGHT LUMBAR MUSCLE TENSION: moderate.
    PALPATION: Fixations noted at: L2, L5, Lt, Lt, bilateral sacroiliac joints.
    MYOFASCIAL TRIGGER POINTS left quadratus lumborum, right quadratus lumborum.
    ORTHOPEDIC TESTS: Patrick Faber left (+): coxa pathology / sacroiliac , Yeoman's right (+): sacroiliac lesion ,
Nachlas left (+): upper lumbar nerve root , Straight leg raise right (+): 30 degrees (disc / facet lesion) , Kemp's left (+):
facet / nerve lesion.
    STRENGTH TESTING OF THE LOWER EXTREMITIES: 5/5 strength through the lower extremities bilaterally.
    SENSATION TESTING OF THE LOWER EXTREMITIES: normal light touch sensation throughout the lower
extremities bilaterally.
    RADICULOPATHY not present.
Upper Extremity:
    SHOULDER:
        SHOULDER: *LEFT:*
        RANGE OF MOTION (Degrees) *LEFT:*
        Flexion (Normal 180): *170 moderate, pain*
        Extension (Normal 45): *30*
        Abduction (Normal 180): *170 moderate, pain*
        Adduction (Normal 45): *45*
        Internal Rotation (Normal 70): *70*
        External Rotation (Normal 90): *80 moderate, pain*
        ORTHOPEDIC TESTS *LEFT:*
        INSPECTION *normal*
        STRENGTH *LEFT:*

**Diagnosis**
1. Pain in left shoulder – M25.512

---

**Provider: Casey Accardo, DC**                                    **Date: 08/02/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

3/5

8/9/2021                                        Print Preview

GAUFF, Eric **DOB:** ▮▮▮▮/1989 (31 yo M) **Acc No.** 37344 **DOS:** 08/02/2021

2. Lumbosacral facet joint syndrome - M53.87 (Primary), Causing axial lower back pain (With no HNP on MRI)
3. MVC (motor vehicle collision) - V89.2XXA, 10/23/2020, This patient's diagnoses are directly related to the motor vehicle accident on the above stated date. He had no baseline symptoms prior to this injury.
4. Lumbar facet syndrome - M48.8X6
5. Lumbar discopathy w/o myelopathy - M51.26
6. Lumbar sprain - S33.5XXA
7. Sprain of sacroiliac region, initial encounter - S33.6XXA
8. Lumbar strain - S39.012A
9. Lumbar radiculopathy - M54.16
10. Lumbar segmental dysfunction - M99.03
11. Segmental dysfunction of pelvic region - M99.05
12. Back muscle spasm - M62.830
13. Lumbar muscle pain - M79.18
MCR.

**Orders**
**1. Lumbosacral facet joint syndrome**
Notes: Due to the lack of significant improvement with heat, cold, and TENS therapy, I recommend proceeding with chiropractic therapy including stretching, exercises, and adjustments. If the patient's symptoms persist, we could consider Lumbar facet injections versus diagnostic MBB/RFA's (Bilateral L3-S1).

**2. Pain in left shoulder**
Notes: I will defer treatment of the left shoulder to Dr. Bostick.

**Treatment**
Therapeutic exercises:
        Therapeutic Exercises
        Time duration: *23 minutes*
        Reasoning for TE:  *Stretching*
        6 Way Cervical Stretch   *30 sec holds each*
        Pledge Stretch   *2 sets 30 sec holds, each side*
        Up and Overs   *3 x 10 reps*
        Shoulder Rolls   *3 x 10 reps*
        Pec Stretch   *4 way - 30 sec holds each*
        Pelvic Tilt   *15 reps*
        Piriformis Stretch   *2 sets x 30 sec holds*
        Psoas Stretch   *2 sets x 30 sec holds*
        Hamstring Stretches   *2 sets x 30 sec holds*
        Quadriceps Stretches   *2 sets x 30 sec holds*
        Calf Stretch   *2 sets x 30 sec holds*
Manipulation:
        Lumbar spine:  Diversified technique , Fixation(s) as noted in Examination.

**Visit Codes**
99203 OfficeVisit, New Pt., Level 3 (with therapy/procedure). Modifiers: 25

**Procedure Codes**
97110 TE, Units: 2.00
98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS

**Follow Up**
2 - 3 Days

---

**Provider: Casey Accardo, DC**                                      Date: 08/02/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Print Preview

GAUFF, Eric DOB: ██████1989 (31 yo M) Acc No. 37344 DOS: 08/02/2021

**Electronically signed by Casey Accardo , DC on 08/05/2021 at 02:34 PM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

---

**Provider:  Casey Accardo, DC**                                           **Date: 08/02/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

8/10/2021                                           Print Preview

GAUFF, Eric DOB: ████1989 (31 yo M) **Acc No.** 37344 **DOS:** 08/03/2021



# LA Health Solutions

---

**Patient:** Gauff, Eric                                    **Provider:** Douglas Bostick, M.D.
**DOB:** ████1989 **Age:** 31 Y **Sex:** Male                              **Date:** 08/03/2021

---

### Reason for Appointment
1. FU left shoulder pain

### History of Present Illness
Interim History:
        This patient returns today for follow-up of his left shoulder. He does report that there is relief of his pain and even improvement of some of his popping symptoms with physical therapy. His shoulder does still pop especially when coming down from an elevated position. There has been no intervening trauma.
        New accidents or injuries since last visit: None.
Signs and Symptoms:
        Complaints
            Anxiety  *Denies*
            Sleep Disruption  *Denies*
            Headaches  *Denies*
            Muscle Spasm  *Denies*
            Pain  *Present*
            Joint Stiffness  *Present*
            Radiating Pain  *Denies*
Symptoms:
        Symptoms:
            Left Shoulder Pain:  *Present*
            Pain at time of appointment:  *5-6 (Moderate)*
            Pain at Worst:  *7-8 (Severe)*
            Pain at Best:  *3-4 (Tolerable)*
            Quality:  *Sharp*
            Frequency:  *Intermittent (Comes and goes)*
            Duration:  *Minutes*

### Current Medications
Taking
- Mobic 15 MG Tablet 1 tablet Orally Once a day, stop date 09/17/2021
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Zanaflex 4 MG Tablet 1 tablet as needed Orally qhs, stop date 09/17/2021
Medication List reviewed and reconciled with the patient

### Past Medical History
    Asthma.

### Surgical History

---

**Provider:  Douglas Bostick, M.D.**                                      **Date:** 08/03/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric **DOB:** ▬▬▬1989 (31 yo M) **Acc No.** 37344 DOS: 08/03/2021

No Surgical History documented.

**Family History**
Non-Contributory

**Social History**
*Social History:*
    Marital Status: Single.
    Cigarettes, packs per day: None.
    Dip, Chewing Tobacco, Electronic Cigarettes: No.
    Alcohol Use: Rarely.
    Recreational Drugs (within the last 12 months): No.
    Employment Status: Full-time.
    Employer/Type of Work: commody grader.
    Last date worked: 08/2021.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
*ROS:*
    Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Hoarseness Denies. Trouble swallowing Denies. Chest pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies. Vomiting Denies. Heartburn Denies. Painful urination Denies. Blood in urine Denies. Irregular periods Denies. Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies. Excessive thirst Denies. Excessive urination Denies. Easy bleeding Denies. Easy Bruising Denies. Prior blood transfusion No. Problems with vision Denies. Problems with urination Denies. Problems with bowel habits Denies.

**Vital Signs**
Pain scale 4 1-10, Temp 98.1 F, HR 60 /min, BP 133/90 mm Hg, Ht 69 in, Ht-cm 175.26.

**Examination**
Imaging Studies:
    2/23/21: Left shoulder radiographs are within normal limits.
    Left shoulder MRI from Metairie Imaging dated 1/8/2021 shows a posterior labral tear with a small peri-labral cyst, findings of bursitis and impingement as well as evidence of a SLAP tear with increased signal at the biceps labral complex (not commented on by the radiologist).

**Physical Examination**
    Clinical examination of his left shoulder does reveal some mild popping that seems to come from his subacromial space but also his scapulothoracic bursa. There is no scapular dyskinesis and his rotator cuff strength is intact throughout. There is some mild pain with O'Brien testing but Jobe testing is well-tolerated.

**Diagnosis**
1. Left shoulder strain - S46.912A (Primary)
2. Shoulder pain, left - M25.512
3. Impingement syndrome of left shoulder - M75.42
4. SLAP lesion of left shoulder - S43.432A
5. Bursitis of shoulder, left - M75.52

**Orders**
1. SLAP lesion of left shoulder
Clinical Notes: We did discuss the possibility of injecting his left shoulder, but he is improving with physical therapy

---

Provider: **Douglas Bostick, M.D.**                                   Date: 08/03/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric **DOB:** ▮▮▮▮/1989 (31 yo M) **Acc No.** 37344 DOS: 08/03/2021

and we will continue this for now and see him back in 6 to 8 weeks for clinical reassessment.

**Procedure Codes**
99214 Office Visit, Est Pt., Level 4 (25 min)

**Electronically signed by Robert Bostick , MD on 08/05/2021 at 04:14 PM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  Douglas Bostick, M.D.**                                    **Date: 08/03/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ██████1989 (31 yo M) **Acc No. 37344 DOS: 08/23/2021**



# LA Health Solutions

**PT Re-Evaluation**

**Patient:** Gauff, Eric                                              **Provider:** Dawn Holliday, PT
**DOB:** ████1989 **Age:** 31 Y **Sex:** Male                    **Date:** 08/23/2021

## History of Present Illness
Patient Subjective:
   Pain (Dolor): Region: Left shoulder (Hombro Izuierda), Level of pain-LEFT SHOULDER (nivel de dolor en el hombro izquierdo) 3-4-Tolerable, Status Compared to Last Visit (cualquier cambio desde la ultima visita) : Same (mismo).
   Patient reports that his arm is definitely improving in strength and mobility he does continue with clicking with certain movements.

## Examination
PT Exam:
   Strength:
   R UE strength grossly 5/5 MMG

   L UE strength:
   Shoulder Flexion 5/5 MMG with reports of pain anterior GH joint
   Shoulder Abduction 4+/5 MMGwith reports of pain lateral GH joint
   shoulder IR 5/5 MMG
   shoulder ER 5/5 MMG with reports of pain anterior shoulder
   Elbow grossly 5/5 MMG
   Wrist grossly 5/5 MMG

   Neurovascular Exam: Sensation to light touch grossly intact B UEs.
   Special Test:
   + L Obriens.
   Palpation:
   Patient reports tenderness to palpation at L anterior GH joint, L AC joint.
   ROM:
   R UE ROM WNL in all planes

   L UE
   Shoulder Flexion WNL with reports of pain at superior/lateral shoulder with end range mobility
   Shoulder Abduction WNL with reports of pain and clicking at lateral shoulder joint through last 20 degrees
   Shoulder IR grossly WNL. Patient reports pain in anterior shoulder
   Shoulder ER grossly WNL with reports of pain in anterior shoulder joint
   Elbow ROM WNL

   Functional ER

**Provider: Dawn Holliday, PT**                                    **Date:** 08/23/2021

GAUFF, Eric DOB: ▓▓▓/1989 (31 yo M) **Acc** No. 37344 **DOS:** 08/23/2021

R UE to T3
L UE to T1

Functional IR
R UE to T9
L UE to T12.
Posture/Observation:
Patient presents with a generally slouched posture.
Flexibility:
Mild deficits in L upper trapezius flexibility.
GOALS:
SHORT TERM GOALS to be met in 3 weeks:
1. Establish HEP. (MET 5/13/21)
2. Patient report decreased pain levels in L shoulder. (MET 5/13/21)
3. Pain free L shoulder A/PROM in all planes. (ONGOING 08/23/21)

LONG TERM GOALS to be met in 6 weeks:
1. I with HEP. (ONGOING 6/18/21)
2. Increase L shoulder strength to 5/5. (ONGOING 08/23/21)
3. Patient return to PLOF with L UE use without pain or limitations. (ONGOING 08/23/21).

**Therapeutic Interventions**
Modalities
IFC E-stim with ice : to L shoulder to conclude treatment
PT Cervical/UE Exercises
UT Stretch : B 3 x 30 seconds each
Shoulder Abduction : Standing to 90 degrees x 20 reps with red TB
Doorway Stretch : 3 x 30 seconds L UE
Shoulder Pulleys : L UE x 3 min each into shoulder flexion and abduction
Serratus Anterior : Wall slides with foam roller- emphasizing serratus anterior activation holding 2 lb in each UE x 20 reps
T/V/W Over Swiss Ball with B UE : x 20 reps with 1 lb
UE side step : x 10 reps to each side with shoulders at 90 degrees of flexion using yellow TB
TB Row : x 20 reps with orange Theratube
Shoulder Extension : x 20 reps with orange Theratube
Body Blade : IR/ER at neutral with elbow at 90 degrees of flexion 2 reps x 1 min
Shoulder Flexion : Standing to 90 degrees x 20 reps with red TB
Shoulder External Rotation : x 20 reps with green Theratube
Shoulder Internal Rotation : x 20 reps with green TB
Wall Circles : x 20 reps CW and 20 reps CCW with shoulder at 90 degrees of flexion using 1.1 lb plyoball
Wall Clocks : x 20 reps in each direction with red TB on each UE

**Diagnosis**
1. Shoulder pain, left - M25.512 (Primary)
2. Weakness of shoulder - R29.898
ASSESSMENT: Patient continues to progress in his function and strength. Patient nearing full mobility and normal strength, but continues with subjective reports of clicking and discomfort with quick movements. Patient may benefit from further interventions to address remaining deficits.

**Orders**
**1. Others**
Notes:

**Provider: Dawn Holliday, PT**                                    **Date: 08/23/2021**

Print·Preview

GAUFF, Eric DOB: ████ 1989 (31 yo M) **Acc No.** 37344 DOS: 08/23/2021

Continue with current POC progressing as tolerated.

*POC to include but not limited to any combination of the following treatments: manual therapy, therapeutic exercise, therapeutic activity, cardio training, gait training, Neuromuscular re-education, modalities, traction, MHP, cryotherapy, ultrasound, laser, dry needling, cupping, and kinesiotaping..

**Treatment**
PT Therapeutic Exercises:
    Therapeutic Exercises  Time Duration:  45 minutes, Reasoning for TE:  Stretching, Strengthening, Improve joint function.
Modalities held due to time constraints.

**Procedure Codes**
97110 TE, Units: 3.00
97164 PT RE-EVAL EST PLAN CARE



**Electronically signed by Dawn Holliday , PT on 09/09/2021 at 11:07 AM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  Dawn Holliday, PT**                                    **Date: 08/23/2021**

                    *Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GAUFF, Eric DOB: ▆▆▆1989 (31 yo M) Acc No. 37344 DOS: 09/14/2021



## LA Health Solutions

---

**Patient:** Gauff, Eric                                    **Provider:** Douglas Bostick, M.D.
**DOB:** ▆▆▆1989 **Age:** 31 Y **Sex:** Male                            **Date:** 09/14/2021

---

**Reason for Appointment**
1. FU left shoulder pain

**History of Present Illness**
Interim History:
New accidents or injuries since last visit: None.
Returns today for follow-up of his left shoulder. Unfortunately, his home was badly damaged with the recent Hurricane Ida. He has had continued pain and popping in his left shoulder and certain movements such as driving that can be challenging for him. He states that the popping comes as a fairly profound pop along with pain, but generally his pain is relatively mild otherwise.
Signs and Symptoms:
Complaints
Anxiety *Denies*
Depression *Denies*
Sleep Disruption *Denies*
Headaches *Denies*
Dizziness *Denies*
Visual Disturbance *Denies*
TMJ *Denies*
Muscle Spasm *Denies*
Pain *Present*
Joint Stiffness *Present*
Radiating Pain *Denies*
Atrophy *No*
Chest pain *Denies*
Symptoms:
Symptoms:
Left Shoulder Pain: *Present*

**Current Medications**
Taking
• Zanaflex 4 MG Tablet 1 tablet as needed Orally qhs
• Mobic 15 MG Tablet 1 tablet Orally Once a day
Not-Taking/PRN
• Meloxicam 15 MG Tablet 1 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

**Past Medical History**
Asthma.

---

**Provider: Douglas Bostick, M.D.**                          **Date: 09/14/2021**

GAUFF, Eric DOB: ████/1989 (31 yo M) Acc No. 37344 DOS: 09/14/2021

## Surgical History
No Surgical History documented.

## Family History
No Family History documented.

## Social History
*Social History:*
  Marital Status: Single.
  Cigarettes, packs per day: None.
  Dip, Chewing Tobacco, Electronic Cigarettes: No.
  Alcohol Use: Rarely.
  Recreational Drugs (within the last 12 months): No.
  Employment Status: Full-time.
  Employer/Type of Work: commody grader.
  (if not working) Last date worked: 08/2021.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
*ROS:*
  Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Hoarseness Denies. Trouble swallowing Denies. Chest pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies. Vomiting Denies. Heartburn Denies. Painful urination Denies. Blood in urine Denies. Irregular periods Denies. Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies. Excessive thirst Denies. Excessive urination Denies. Easy bleeding Denies. Easy Bruising Denies. Prior blood transfusion No. Problems with vision Denies. Problems with urination Denies. Problems with bowel habits Denies.

## Vital Signs
Temp 98.2 F, HR 71 /min, BP 124/63 mm Hg, Wt 170 lbs, Wt-kg 77.11.

## Examination
Imaging Studies:
  2/23/21: Left shoulder radiographs are within normal limits.
  Left shoulder MRI from Metairie Imaging dated 1/8/2021 shows a posterior labral tear with a small peri-labral cyst, findings of bursitis and impingement as well as evidence of a SLAP tear with increased signal at the biceps labral complex (not commented on by the radiologist).

## Physical Examination
  Clinical examination reveals some mild impingement and some reproducible popping with rotational movement. There is no scapular winging and he does have tenderness both over the lateral deltoid and over his bicipital groove to palpation. His rotator cuff strength overall is intact. There is no AC joint pain of that left shoulder.

## Diagnosis
1. Left shoulder strain - S46.912A (Primary)
2. Shoulder pain, left - M25.512
3. Impingement syndrome of left shoulder - M75.42
4. SLAP lesion of left shoulder - S43.432A
5. Bursitis of shoulder, left - M75.52

## Orders

---

**Provider:  Douglas Bostick, M.D.**                          Date: 09/14/2021

Print Preview

GAUFF, Eric **DOB:** ▮▮▮▮1989 (31 yo M) **Acc No.** 37344 **DOS:** 09/14/2021

**1. SLAP lesion of left shoulder**
Clinical Notes: Options were discussed with him. We went ahead and injected his left shoulder utilizing aseptic technique with 1 cc of Celestone and 1 cc of lidocaine. We will see him back in a few months and see if this gives him some relief.

**Procedure Codes**
99214 Office Visit, Est Pt., Level 4 (25 min), Modifiers: 25
J0670 INJECTION MEPIVACAINE HCL PER 10 ML
J0702 CELESTONE 3MG
20610 ARTHROCENTESIS SHOULDER/HIP/KNEE

**Electronically signed by Robert Bostick , MD on 09/15/2021 at 10:39 AM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

---

**Provider:  Douglas Bostick, M.D.**                                        Date: 09/14/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Print Preview

GAUFF, Eric DOB: ███████1989 (31 yo M) **Acc No. 37344 DOS:** 09/15/2021



# LA Health Solutions

### Progress Note

| | |
|---|---|
| Patient: Gauff, Eric | Provider: Miguel C. Rosales, P.A.C. |
| DOB: ██████1989 Age: 31 Y Sex: Male | Date: 09/15/2021 |

## Reason for Appointment
1. Lumbar pain

## History of Present Illness
<u>Interim History</u>:
    On today's follow-up visit, patient reports no major changes or improvements with completion of active therapy and chiropractic care.
    New accidents or injuries since last visit: None.
<u>Neck Pain</u>:
    The patient has neck pain: No.
<u>Mid-back Pain</u>:
    The patient has midback pain No.
<u>Low back pain</u>:
    Low back pain: Yes.
    Low back pain is present: Sometimes.
    The pain radiates: Does not radiate.
    Numbness or tingling: None.
    Leg weakness: Nowhere.
    LOW BACK PAIN from 0 to 10 (10 being the worst): 6.
    RIGHT LEG PAIN from 0 to 10 (10 being the worst): 0.
    LEFT LEG PAIN from 0 to 10 (10 being the worst): 0.
<u>PMHx/PSHx</u>:
    Any new medical problems since last visit: None.

## Current Medications
Taking
- Zanaflex 4 MG Tablet 1 tablet as needed Orally qhs
- Mobic 15 MG Tablet 1 tablet Orally Once a day

Unknown
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History
Asthma.

## Surgical History
Denies Past Surgical History

---

Provider: Miguel C. Rosales, P.A.C.                                   Date: 09/15/2021

9/20/21, 5:44 PM                                    Print Preview

GAUFF, Eric DOB: ████/1989 (31 yo M) Acc No. 37344 DOS: 09/15/2021

**Family History**
No Family History documented.

**Social History**
*Social History:*
    Marital Status: Single.
    Cigarettes, packs per day: None.
    Dip, Chewing Tobacco, Electronic Cigarettes: No.
    Alcohol Use: Rarely.
    Recreational Drugs (within the last 12 months): No.
    Employment Status: Full-time.
    Employer/Type of Work: commody grader.
    (if not working) Last date worked: 08/2021.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
*ROS:*
    Frequent fever No.  Weight loss No.  Blurred vision No.  Hoarseness No.  Trouble swallowing No.  Chest pains No.  Palpitations No.  Shortness of breath No.  Chronic cough No.  Nausea No.  Vomiting No.  Heartburn No. Painful urination No.  Blood in urine No.  Rash No.  Headache No.  Dizziness No.  Anxiety No.  Depression No. Excessive thirst No.  Excessive urination No.  Easy bleeding No.  Easy Bruising No.  Prior blood transfusion No.

**Vital Signs**
Temp 96.8 F, HR 68 /min, BP 109/71 mm Hg, Wt 170 lbs, BMI 25.1, Ht 69 in, Ht-cm 175.26, Wt-kg 77.11.

**Examination**
MRI Studies:
    LUMBAR SPINE MRI: Metairie imaging, 7/8/2021. No disc herniations or neurologic compromise. (Reviewed 7/19/2021).

**Physical Examination**
Orthopedic Spine Exam:
    Lumbar Spine  No skin changes. Tenderness to palpation over the bilateral Mid and lower lumbar facet joints. This pain is increased with extension and rotation in either direction. Negative Faber's test. No groin pain with hip range of motion. Negative straight leg raise bilaterally. 5/5 strength in bilateral hip flexors, quads, tib ant, and gastrocsoleus. Normal sensibility to light touch throughout. No clonus.

**Diagnosis**
1. Lumbosacral facet joint syndrome - M53.87 (Primary), Causing axial lower back pain (With no HNP on MRI)
2. Pain in left shoulder - M25.512
3. MVC (motor vehicle collision) - V89.2XXA, 10/23/2020, This patient's diagnoses are directly related to the motor vehicle accident on the above stated date. He had no baseline symptoms prior to this injury.
MCR.

**Orders**
**1. Lumbosacral facet joint syndrome**
Refill Zanaflex Tablet, 4 MG, 1 tablet as needed,,Orally, qhs, 30 days, 30, Refills 1
Refill Mobic Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 1
    Procedure: Lumbar Medial Branch Block (MBB)- Left
        L3-S1

---

**Provider:  Miguel C. Rosales, P.A.C.**                                      Date: 09/15/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

9/20/21, 5:44 PM                                    Print Preview

GAUFF, Eric DOB: ████/1989 (31 yo M) Acc No. 37344 DOS: 09/15/2021

Notes: Given the failure of this patient's axial pain to improve with activity modification, medications, physical therapy, and the concordant pain with palpation and loading of facet joints on examination, I recommend proceeding with medial branch blocks.

We discussed the risk, benefits, possible complications of the recommended injection. The patient was also provided educational information sheet regarding this injection. If medial branch blocks give adequate short-term relief, I would recommend proceeding with Bilateral rhizotomies at the same levels.

**2. Pain in left shoulder**
Notes: Deferred to Dr. Bostick.

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
6 Weeks



Electronically signed by Miguel Rosales , P.A.C. on 09/20/2021 at 10:52 AM CDT

Sign off status: Completed

Visit Status:  CHK (Check Out)

---

Provider:  Miguel C. Rosales, P.A.C.                          Date: 09/15/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*Order Form*

**LAHS-Orthopedic Spine**
📍 3001 DIVISION ST, Suite 100
  METAIRIE, LA, 70002-5809
📞 504-620-5520   📠 504-832-3983

Req/Ctrl# (CD-): 880655
**Miguel C. Rosales, P.A.C.**
NPI: 1144571613
Physician Assistant

**Gauff, Eric, Male,** ████ 1989   ID: 37344
📞 504-390-1989   📍 355 CHAD B BAKER ST, RESERVE, LA 70084-5018

Today: 09/20/2021 05:44 PM
Order Date: 09/15/2021 11:45 AM

Primary Insurance Name: Dean Favret
Insurance Address: 1515 POYDRAS ST STE 1400 , NEW ORLEANS , LA , 70112-4500
Subscriber Number: 2020.10.23
Insured Name: Gauff, Eric
Address: 355 CHAD B BAKER ST, RESERVE, LA 70084-5018

| Priority | Test Name | Assessment(s) | Instructions |
|---|---|---|---|
| Routine | **Lumbar Medial Branch Block (MBB)- Left** | - M53.87,  Lumbosacral facet joint syndrome | |
| | Notes: L3-S1 | | |



......................................................
Electronically Signed By: Miguel C. Rosales, P.A.C.

....................................................
Signature of Patient/Guardian

Order generated by eClinicalWorks (www.eclinicalworks.com)

Gauff, Eric, M, ████ 1989



# LA Health Solutions

3001 Division St. Ste. 100 Metairie, LA 70002
PH (504) 262-8889    FAX (504) 603-2826

## INJECTION ESTIMATE

Patient: Eric Gauff                                              Date: 09/15/2021

### PROCEDURE DETAILS:

Procedure:_____Left L3-S1 medial branch blocks_____

Total Fee: (Approximate) $_____4762.00_____    Deposit: $____200.00____

Terms and Conditions of payment for the above listed procedure(s) are as follows:

**The remaining balance of $___4562.00___ must be paid one year from the date of the last procedure. **

### PLEASE ENCLOSE THE FOLLOWING WHEN APPROVING:

Signed Agreement, deposit, MRI, orders if available, the last 2 (two) office notes from the ordering physicians. You may return this form via fax to 504-603-2826 or email to IPMMetairie@lahealthsolutions.com.

### AGREEMENT
**I AGREE TO PAY THE ABOVE AMOUNT FOR THE TEST(S) PERFORMED ON MY CLIENT, AND UNDERSTAND THAT ALL DEPOSITS ARE REQUIRED PRIOR TO THE PATIENT BEING SCHEDULED**

I,_____, agree to pay the above procedure within one year.
                        (attorney name)

Attorney Signature: _____   Date: _____

THANK YOU FOR YOUR BUSINESS

GAUFF, Eric DOB: ████1989 (31 yo M) Acc. No. 37344 DOS: 11/10/2021



# LA Health Solutions

**PT Re-Evaluation**

**Patient:** Gauff, Eric
**DOB:** ████1989 **Age:** 31 Y **Sex:** Male

**Provider:** Dawn Holliday, PT
**Date:** 11/10/2021

## History of Present Illness
Patient Subjective:
Pain (Dolor):  Region: Left shoulder (Hombro Izuierda), Level of pain-LEFT SHOULDER (nivel de dolor en el hombro Izquierdo)  3-4-Tolerable, Status Compared to Last Visit (cualquier cambio desde la ultima visita) :  Same (mismo).
Patient reports that overall his shoulder is much better since the cortisone injection. He states that he is able to move it more and has more strength, but he does still get the popping sensation with some quick movements.

## Examination
PT Exam:
Strength:
R UE strength grossly 5/5 MMG

L UE strength:
Shoulder Flexion 5/5 MMG
Shoulder Abduction 5/5 MMGwith reports of discomfort in lateral GH joint
Shoulder IR 5/5 MMG
Shoulder ER 5/5 MMG
Elbow grossly 5/5 MMG
Wrist grossly 5/5 MMG

Neurovascular Exam: Sensation to light touch grossly intact B UEs.
Special Test:
Negative.
Palpation:
Patient reports tenderness to palpation at L anterior GH joint.
ROM:
R UE ROM WNL in all planes

L UE
Shoulder Flexion WNL
Shoulder Abduction WNL with reports of pain and clicking at lateral shoulder joint through last 10 degrees
Shoulder IR grossly WNL.
Shoulder ER grossly WNL with reports of pain in anterior shoulder joint at end range
Elbow ROM WNL

Functional ER

---

**Provider:  Dawn Holliday, PT**                                          **Date:** 11/10/2021

GAUFF, Eric DOB: ~~XXX~~1989 (31 yo M) Acc No. 37344 DOS: 11/10/2021

R UE to T3
L UE to T3

Functional IR
R UE to T9
L UE to T9.
Posture/Observation:
 Patient presents with a generally slouched posture.
Flexibility:
 Mild deficits in L upper trapezius flexibility.
GOALS:
 SHORT TERM GOALS to be met in 3 weeks:
 1. Establish HEP. (MET 5/13/21)
 2. Patient report decreased pain levels in L shoulder. (MET 5/13/21)
 3. Pain free L shoulder A/PROM in all planes. (ONGOING 11/10/21)

 LONG TERM GOALS to be met in 6 weeks:
 1. I with HEP. (ONGOING 10/08/21)
 2. Increase L shoulder strength to 5/5. (MET 10/08/21)
 3. Patient return to PLOF with L UE use without pain or limitations. (MET 10/08/21).

**Therapeutic Interventions**
Modalities
   IFC E-stim with ice : to L shoulder to conclude treatment
PT Cervical/UE Exercises
   UT Stretch : B 3 x 30 seconds each
   Shoulder Abduction : Standing to 90 degrees x 20 reps with green TB
   Doorway Stretch : 3 x 30 seconds L UE
   ABC- Alphabet : x 1 rep using 1.1 lb plyoball
   Serratus Anterior : Wall slides with foam roller- emphasizing serratus anterior activation holding 2 lb in each UE
x 20 reps
   T/V/W Over Swiss Ball with B UE : x 20 reps with 1 lb
   UE side step : x 10 reps to each side with shoulders at 90 degrees of flexion using red TB
   TB Row : x 20 reps with blue TB
   Shoulder Extension : x 20 reps with blue TB
   Body Blade : IR/ER at neutral with elbow at 90 degrees of flexion 2 reps x 1 min and at 90 degrees of shoulder
flexion 1 rep x 1 min
   Shoulder Flexion : Standing to 90 degrees x 20 reps with green TB
   Shoulder External Rotation : x 20 reps with blue TB
   Shoulder Internal Rotation : x 20 reps with blue TB
   Wall Circles : x 20 reps CW and 20 reps CCW with shoulder at 90 degrees of flexion using 1.1 lb plyoball
   Wall Clocks : x 20 reps in each direction with red TB on each UE
Ther Ex
   Exercise : prone physioball walkouts into push up starting position x 10 reps

**Diagnosis**
1. Shoulder pain, left - M25.512 (Primary)
2. Weakness of shoulder - R29.898
ASSESSMENT: Patient has progressed well in his overall strength, mobility and function. He does continue with
some positive symptoms for shoulder pathology, but overall significantly improved.

**Orders**
1. Others
Notes:

---

**Provider: Dawn Holliday, PT**                                          **Date: 11/10/2021**

GAUFF, Eric **DOB:** ▓▓▓▓/1989 (31 yo M) **Acc No.** 37344 **DOS:** 11/10/2021

Continue with current POC progressing as tolerated.

*POC to include but not limited to any combination of the following treatments: manual therapy, therapeutic exercise, therapeutic activity, cardio training, gait training, Neuromuscular re-education, modalities, traction, MHP, cryotherapy, ultrasound, laser, dry needling, cupping, and kinesiotaping..

### Treatment
PT Therapeutic Exercises:
    Therapeutic Exercises  Time Duration:  45 minutes, Reasoning for TE:  Stretching, Strengthening, Improve joint function.
Cold Therapy:
    Upper Extremity Cold Therapy  Region:  Left shoulder, Duration:  10 minutes.
Electrical Stimulation:
    Upper extremity E-stim  Upper Extremity E-stim  Left shoulder/deltoid, Time Duration:  10 minutes.

### Procedure Codes
97014 ELECTRIC STIMULATION THERAPY
97110 TE, Units: 3.00
97164 PT RE-EVAL EST PLAN CARE

**Electronically signed by Dawn Holliday , PT on 12/08/2021 at 05:14 AM CST**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

**Provider:  Dawn Holliday, PT**                                    **Date: 11/10/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# STATEMENT

| THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: |
| --- |
| LAHS-Bostick |
| 1524 W AIRLINE HWY |
| LAPLACE, LA70002-5809 |
| 504-620-5520 |

| PATIENT NAME | | |
| --- | --- | --- |
| Gauff,  Eric | | |
| BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| Dec 8, 2021 | 37344 | |

Favret, Demarest, Russo, Lutkewitte and Schaumburg, APLC,

1515 POYDRAS ST

STE 1400

NEW ORLEANS LA 70112-4500

Please remit all payments to 56634 Bosworth St. Slidell, LA 70458.
NOTE: This is NOT a final bill.

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/23/2021 | Claim:306358, Provider: Douglas Bostick, M.D. | | | |
| 02/23/2021 | Facility: LAHS-Bostick | | | |
| 02/23/2021 | 99244 Office Consultation Level 4 | $600.00 | | |
| 02/23/2021 | 73010 X-RAY EXAM OF SCAPULA (2 views) | $144.00 | | |
| 02/23/2021 | 73030 X-RAY EXAM OF SHOULDER (2 views) | $95.00 | | |
| 02/10/2021 | Dean Favret Payment | | $500.00 | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $339.00 |
| 04/07/2021 | Claim:315848, Provider: Robin Roser, DPT | | | |
| 04/07/2021 | Facility: LAHS-Metairie | | | |
| 04/07/2021 | 97161 PT EVAL LOW COMPLEX 20 MIN | $204.00 | | |
| 04/07/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $240.00 |
| 04/09/2021 | Claim:316827, Provider: Dawn Holliday, PT | | | |
| 04/09/2021 | Facility: LAHS-Metairie | | | |
| 04/09/2021 | 97110 TE | $130.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
| --- | --- | --- | --- |
| Dec 8, 2021 | Gauff,  Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
| --- |

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
| --- | --- | --- | --- | --- | --- | --- |
| Amount: | | | Exp. Date: | | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 04/09/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 04/09/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 04/12/2021 | Claim:316833, Provider: Robin Roser, DPT | | | |
| 04/12/2021 | Facility: LAHS-Metairie | | | |
| 04/12/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 04/12/2021 | 97110 TE | $130.00 | | |
| 04/12/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 04/14/2021 | Claim:317529, Provider: Dawn Holliday, PT | | | |
| 04/14/2021 | Facility: LAHS-Metairie | | | |
| 04/14/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 04/14/2021 | 97110 TE | $130.00 | | |
| 04/14/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 04/19/2021 | Claim:318419, Provider: Dawn Holliday, PT | | | |
| 04/19/2021 | Facility: LAHS-Metairie | | | |
| 04/19/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 04/19/2021 | 97110 TE | $130.00 | | |
| 04/19/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 04/21/2021 | Claim:319113, Provider: Dawn Holliday, PT | | | |
| 04/21/2021 | Facility: LAHS-Metairie | | | |
| 04/21/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 04/21/2021 | 97110 TE | $130.00 | | |
| 04/21/2021 | 97140 MANUAL THERAPY | $65.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                                Exp. Date:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 05/04/2021 | Claim:324292, Provider: Dawn Holliday, PT | | | |
| 05/04/2021 | Facility: LAHS-Metairie | | | |
| 05/04/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/04/2021 | 97110 TE | $130.00 | | |
| 05/04/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 05/11/2021 | Claim:323545, Provider: Douglas Bostick, M.D. | | | |
| 05/11/2021 | Facility: LAHS-Bostick | | | |
| 05/11/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $200.00 |
| 05/13/2021 | Claim:323801, Provider: Robin Roser, DPT | | | |
| 05/13/2021 | Facility: LAHS-Metairie | | | |
| 05/13/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/13/2021 | 97110 TE | $130.00 | | |
| 05/13/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $306.00 |
| 05/14/2021 | Claim:326095, Provider: Dawn Holliday, PT | | | |
| 05/14/2021 | Facility: LAHS-Metairie | | | |
| 05/14/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/14/2021 | 97110 TE | $130.00 | | |
| 05/14/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 05/18/2021 | Claim:324740, Provider: Dawn Holliday, PT | | | |
| 05/18/2021 | Facility: LAHS-Metairie | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 05/18/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/18/2021 | 97110 TE | $130.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $166.00 |
| 05/20/2021 | Claim:325610, Provider: Dawn Holliday, PT | | | |
| 05/20/2021 | Facility: LAHS-Metairie | | | |
| 05/20/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/20/2021 | 97110 TE | $130.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $166.00 |
| 05/24/2021 | Claim:326286, Provider: Robin Roser, DPT | | | |
| 05/24/2021 | Facility: LAHS-Metairie | | | |
| 05/24/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/24/2021 | 97110 TE | $130.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $166.00 |
| 05/25/2021 | Claim:326963, Provider: Dawn Holliday, PT | | | |
| 05/25/2021 | Facility: LAHS-Metairie | | | |
| 05/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/25/2021 | 97110 TE | $130.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $166.00 |
| 06/02/2021 | Claim:329052, Provider: Dawn Holliday, PT | | | |
| 06/02/2021 | Facility: LAHS-Metairie | | | |
| 06/02/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/02/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 06/04/2021 | Claim:332283, Provider: Dawn Holliday, PT | | | |
| 06/04/2021 | Facility: LAHS-Metairie | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | AMOUNT | $12,996.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:              VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                                        Exp. Date:

# STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 06/04/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/04/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $231.00 |
| 06/18/2021 | Claim:332296, Provider: Dawn Holliday, PT | | | |
| 06/18/2021 | Facility: LAHS-Metairie | | | |
| 06/18/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $140.00 |
| 06/22/2021 | Claim:333539, Provider: Dawn Holliday, PT | | | |
| 06/22/2021 | Facility: LAHS-Metairie | | | |
| 06/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/22/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $231.00 |
| 06/25/2021 | Claim:336362, Provider: Dawn Holliday, PT | | | |
| 06/25/2021 | Facility: LAHS-Metairie | | | |
| 06/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/25/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $231.00 |
| 06/28/2021 | Claim:334909, Provider: Robin Roser, DPT | | | |
| 06/28/2021 | Facility: LAHS-Metairie | | | |
| 06/28/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/28/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $231.00 |
| 06/30/2021 | Claim:336375, Provider: Dawn Holliday, PT | | | |
| 06/30/2021 | Facility: LAHS-Metairie | | | |
| 06/30/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | AMOUNT | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                          Exp. Date:

# STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 06/30/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 07/09/2021 | Claim:338456, Provider: Dawn Holliday, PT | | | |
| 07/09/2021 | Facility: LAHS-Metairie | | | |
| 07/09/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/09/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 07/13/2021 | Claim:339555, Provider: Dawn Holliday, PT | | | |
| 07/13/2021 | Facility: LAHS-Metairie | | | |
| 07/13/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/13/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 07/16/2021 | Claim:340101, Provider: Dawn Holliday, PT | | | |
| 07/16/2021 | Facility: LAHS-Metairie | | | |
| 07/16/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/16/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 07/19/2021 | Claim:341539, Provider: Marco A. Rodriguez, M.D. | | | |
| 07/19/2021 | Facility: LAHS-Orthopedic Spine | | | |
| 07/19/2021 | 99243 Office Consultation Level 3 | $500.00 | | |
| 07/19/2021 | 72120 X-RAY OF LUMBAR SPINE 3 view | $175.00 | | |
| 06/17/2021 | Dean Favret Payment | | $500.00 | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| 07/19/2021 | Claim:340096, Provider: Robin Roser, DPT | | | |
| 07/19/2021 | Facility: LAHS-Metairie | | | |
| 07/19/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | AMOUNT | $12,996.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions

---

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                          Exp. Date:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 07/19/2021 | 97110 TE | $195.00 | | |
| 07/19/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $546.00 |
| 08/02/2021 | Claim:344318, Provider: Casey Accardo, DC | | | |
| 08/02/2021 | Facility: LAHS-LaPlace | | | |
| 08/02/2021 | 99203 OfficeVisit, New Pt., Level 3 (with therapy/procedure) | $236.00 | | |
| 08/02/2021 | 97110 TE | $130.00 | | |
| 08/02/2021 | 98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS | $52.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $418.00 |
| 08/03/2021 | Claim:344427, Provider: Douglas Bostick, M.D. | | | |
| 08/03/2021 | Facility: LAHS-Bostick | | | |
| 08/03/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $200.00 |
| 08/04/2021 | Claim:344331, Provider: Casey Accardo, DC | | | |
| 08/04/2021 | Facility: LAHS-LaPlace | | | |
| 08/04/2021 | 97110 TE | $130.00 | | |
| 08/04/2021 | 98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS | $52.00 | | |
| 08/04/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $247.00 |
| 08/06/2021 | Claim:345697, Provider: Dawn Holliday, PT | | | |
| 08/06/2021 | Facility: LAHS-Metairie | | | |
| 08/06/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/06/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                              Exp. Date:

# STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 08/09/2021 | Claim:350197, Provider: Dawn Holliday, PT | | | |
| 08/09/2021 | Facility: LAHS-Metairie | | | |
| 08/09/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/09/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 08/11/2021 | Claim:347619, Provider: Lyle Schween, D.C. | | | |
| 08/11/2021 | Facility: LAHS-LaPlace | | | |
| 08/11/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/11/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 08/13/2021 | Claim:346727, Provider: Dawn Holliday, PT | | | |
| 08/13/2021 | Facility: LAHS-Metairie | | | |
| 08/13/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/13/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 08/16/2021 | Claim:347443, Provider: Casey Accardo, DC | | | |
| 08/16/2021 | Facility: LAHS-LaPlace | | | |
| 08/16/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/16/2021 | 97110 TE | $130.00 | | |
| 08/16/2021 | 98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS | $52.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $247.00 |
| 08/18/2021 | Claim:350204, Provider: Dawn Holliday, PT | | | |
| 08/18/2021 | Facility: LAHS-Metairie | | | |
| 08/18/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/18/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | PAY THIS AMOUNT | $12,996.00 |

MAKE CHECK PAYABLE TO : LA Health Solutions

## IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | Exp. Date: | | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 08/18/2021 | Claim:349827, Provider: Justin Branch, DC | | | |
| 08/18/2021 | Facility: LAHS-Metairie | | | |
| 08/18/2021 | 97110 TE | $130.00 | | |
| 08/18/2021 | 98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS | $52.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $413.00 |
| 08/23/2021 | Claim:350206, Provider: Dawn Holliday, PT | | | |
| 08/23/2021 | Facility: LAHS-Metairie | | | |
| 08/23/2021 | 97110 TE | $195.00 | | |
| 08/23/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $335.00 |
| 08/25/2021 | Claim:350207, Provider: Dawn Holliday, PT | | | |
| 08/25/2021 | Facility: LAHS-LaPlace | | | |
| 08/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/25/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $231.00 |
| 09/14/2021 | Claim:350993, Provider: Douglas Bostick, M.D. | | | |
| 09/14/2021 | Facility: LAHS-Bostick | | | |
| 09/14/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 09/14/2021 | J0670 INJECTION MEPIVACAINE HCL PER 10 ML | $15.00 | | |
| 09/14/2021 | J0702 CELESTONE 3MG | $20.00 | | |
| 09/14/2021 | 20610 ARTHROCENTESIS SHOULDER/HIP/KNEE | $250.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $485.00 |
| 09/15/2021 | Claim:351780, Provider: Miguel C. Rosales, P.A.C. | | | |
| 09/15/2021 | Facility: LAHS-Orthopedic Spine | | | |
| 09/15/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

---

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | Exp. Date: | | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | Your Balance Due On These Services... | | | $200.00 |
| 10/06/2021 | Claim:355716, Provider: Casey Accardo, DC | | | |
| 10/06/2021 | Facility: LAHS-LaPlace | | | |
| 10/06/2021 | 97110 TE | $130.00 | | |
| 10/06/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $195.00 |
| 10/08/2021 | Claim:359201, Provider: Dawn Holliday, PT | | | |
| 10/08/2021 | Facility: LAHS-Metairie | | | |
| 10/08/2021 | 97110 TE | $195.00 | | |
| 10/08/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $335.00 |
| 10/15/2021 | Claim:363129, Provider: Lyle Schween, D.C. | | | |
| 10/15/2021 | Facility: LAHS-LaPlace | | | |
| 10/15/2021 | 97110 TE | $130.00 | | |
| 10/15/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 10/15/2021 | 98941 CHIROPRACTIC MANIPULATION 3-4 LEVELS | $68.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| 10/15/2021 | Claim:359202, Provider: Dawn Holliday, PT | | | |
| 10/15/2021 | Facility: LAHS-Metairie | | | |
| 10/15/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 10/15/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $494.00 |
| 10/22/2021 | Claim:362049, Provider: Dawn Holliday, PT | | | |
| 10/22/2021 | Facility: LAHS-Metairie | | | |
| 10/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 10/22/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:              VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                                    Exp. Date:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | Your Balance Due On These Services... | | | $231.00 |
| 10/27/2021 | Claim:362053, Provider: Dawn Holliday, PT | | | |
| 10/27/2021 | Facility: LAHS-Metairie | | | |
| 10/27/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 10/27/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| 10/27/2021 | Claim:362437, Provider: Miguel C. Rosales, P.A.C. | | | |
| 10/27/2021 | Facility: LAHS-Orthopedic Spine | | | |
| 10/27/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $431.00 |
| 10/29/2021 | Claim:364800, Provider: Lyle Schween, D.C. | | | |
| 10/29/2021 | Facility: LAHS-LaPlace | | | |
| 10/29/2021 | 97110 TE | $130.00 | | |
| 10/29/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 10/29/2021 | 98941 CHIROPRACTIC MANIPULATION 3-4 LEVELS | $68.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $263.00 |
| 11/02/2021 | Claim:363161, Provider: Dawn Holliday, PT | | | |
| 11/02/2021 | Facility: LAHS-Metairie | | | |
| 11/02/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/02/2021 | 97110 TE | $195.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $231.00 |
| 11/03/2021 | Claim:363846, Provider: Casey Accardo, DC | | | |
| 11/03/2021 | Facility: LAHS-LaPlace | | | |
| 11/03/2021 | 97110 TE | $130.00 | | |
| 11/03/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 11/03/2021 | 98940 CHIROPRACTIC MANIPULATION 1-2 LEVELS | $52.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                                              Exp. Date:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | Your Balance Due On These Services... | | | $247.00 |
| 11/10/2021 | Claim:371411, Provider: Dawn Holliday, PT | | | |
| 11/10/2021 | Facility: LAHS-Metairie | | | |
| 11/10/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/10/2021 | 97110 TE | $195.00 | | |
| 11/10/2021 | 97164 PT RE-EVAL EST PLAN CARE | $140.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $371.00 |
| 11/16/2021 | Claim:371380, Provider: Lyle Schween, D.C. | | | |
| 11/16/2021 | Facility: LAHS-LaPlace | | | |
| 11/16/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 11/16/2021 | 97110 TE | $130.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $195.00 |
| 11/30/2021 | Claim:370445, Provider: Lyle Schween, D.C. | | | |
| 11/30/2021 | Facility: LAHS-LaPlace | | | |
| 11/30/2021 | 97039 Low Level Light Therapy Board | $39.00 | | |
| 11/30/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 11/30/2021 | 98941 CHIROPRACTIC MANIPULATION 3-4 LEVELS | $68.00 | | |
| 12/08/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $172.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Dec 8, 2021 | Gauff, Eric | 37344 | $12,996.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK

Amount:                                              Exp. Date:

# SouthShore Physician Group

Page 1 of 5

## Metairie - Mid-City - WestBank

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

### Final Bill

PLEASE SUBMIT CHECK PAYABLE TO:
SouthShore Physician Group
3434 Houma Blvd., Suite 200
Metairie, LA 70006
504-888-4037

*3 Locations*

Collection Services:
~~9305~~
Medical Billing:   6/3/2021

| | |
|---|---|
| Patient Number: | 603856-M |
| Patient Name: | ERIC M. GAUFF, JR |
| Address: | 355 CHAD B BAKER ST |
| City, State, Zip: | RESERVE, LA 70084 |
| DOA: | 10/23/2020 |

**TOTAL DUE:      $10,808.00**

| Date | Code | Description | Charges | Payments | Adj | Balance |
|---|---|---|---|---|---|---|
| 10/30/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 10/30/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 10/30/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 10/30/2020 | IOV5 | I.O.V. - Comprehensive | $350.00 | $0.00 | $0.00 | |
| 10/30/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/02/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/02/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/02/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/02/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/03/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/03/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/03/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/03/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/06/2020 | HA5 | Medical Reports / Special Reports | $110.00 | $0.00 | $0.00 | |
| 11/09/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/09/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/09/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/09/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/12/2020 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 11/12/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/12/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/12/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/12/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/16/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/16/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/16/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/16/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/18/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/18/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/18/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/18/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/20/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/20/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/20/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/20/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/23/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/23/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/23/2020 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/23/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/24/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |

# SouthShore Physician Group

Page 2 of 5

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

**Final Bill**

PLEASE SUBMIT CHECK PAYABLE TO:
**SouthShore Physician Group**
3434 Houma Blvd., Suite 200
Metairie, LA 70006
504-888-4037

Collection Services:
~~~~~~9305

**Medical Billing:**  6/3/2021

| Patient Number: | 603856-M |
| Patient Name: | ERIC M. GAUFF, JR |
| Address: | 355 CHAD B BAKER ST |
| City, State, Zip: | RESERVE, LA 70084 |
| DOA: | 10/23/2020 |

**TOTAL DUE:**      $10,808.00

| Date | Code | Description | Charges | Payments | Adj | Balance |
|------|------|-------------|---------|----------|-----|---------|
| 11/24/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/24/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/24/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 11/25/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 11/25/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 11/25/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 11/25/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/01/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/01/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/01/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/01/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/03/2020 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 12/03/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/03/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/03/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/03/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/08/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/08/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/08/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/08/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/09/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/09/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/09/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/09/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/14/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/14/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/14/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/14/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/18/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/18/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/18/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/18/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 12/21/2020 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 12/21/2020 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 12/21/2020 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 12/21/2020 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/04/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/04/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/04/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/04/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |

# SouthShore Physician Group

Page 3 of 5

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

**Final Bill**

Collection Services:
~~93305~~

PLEASE SUBMIT CHECK PAYABLE TO:
**SouthShore Physician Group**
3434 Houma Blvd., Suite 200
Metairie, LA 70006
504-888-4037

**Medical Billing:** 6/3/2021

| | |
|---|---|
| Patient Number: | 603856-M |
| Patient Name: | ERIC M. GAUFF, JR |
| Address: | 355 CHAD B BAKER ST |
| City, State, Zip: | RESERVE, LA 70084 |
| DOA: | 10/23/2020 |

**TOTAL DUE:** $10,808.00

| Date | Code | Description | Charges | Payments | Adj | Balance |
|---|---|---|---|---|---|---|
| 01/05/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/05/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/05/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/05/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/07/2021 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 01/07/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/07/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/07/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/07/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/12/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/12/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/12/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/14/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/14/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/14/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/20/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/20/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/20/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/20/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/21/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/21/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/21/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/21/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/28/2021 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 01/28/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/28/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 01/28/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 01/28/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 01/29/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 01/29/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 02/02/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 02/02/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 02/02/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 02/02/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 02/05/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 02/05/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 02/05/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 02/05/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 02/08/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 02/08/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |

# SouthShore Physician Group

Page 4 of 5

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

**Final Bill**

PLEASE SUBMIT CHECK PAYABLE TO:
**SouthShore Physician Group**
3434 Houma Blvd., Suite 200
Metairie, LA 70006
504-888-4037

Collection Services:
9305

Medical Billing:   6/3/2021

| | |
|---|---|
| Patient Number: | 603856-M |
| Patient Name: | ERIC M. GAUFF, JR |
| Address: | 355 CHAD B BAKER ST |
| City, State, Zip: | RESERVE, LA 70084 |
| DOA: | 10/23/2020 |

**TOTAL DUE:**   $10,808.00

| Date | Code | Description | Charges | Payments | Adj | Balance |
|---|---|---|---|---|---|---|
| 02/08/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 02/08/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 02/09/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 02/09/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 02/22/2021 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 02/22/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 02/22/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 02/22/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 02/22/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 03/02/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 03/02/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 03/02/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 03/02/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 03/08/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 03/08/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 03/08/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 03/08/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 03/09/2021 | PU | Ultrasound | $61.00 | $0.00 | $0.00 | |
| 03/09/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 03/09/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 03/09/2021 | TU | Transcutaneous Electrical Nerve Stimulation | $52.00 | $0.00 | $0.00 | |
| 04/21/2021 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 04/21/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 04/21/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 04/27/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 04/27/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 04/27/2021 | HA1 | Medical/Special – Return Patient Report | $55.00 | $0.00 | $0.00 | |
| 05/04/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/04/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 05/05/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/05/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 05/13/2021 | ROV4 | R.O.V. - Level IV, Extended | $195.00 | $0.00 | $0.00 | |
| 05/13/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/13/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 05/14/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/14/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 05/20/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/20/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| 05/24/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 05/24/2021 | EA1 | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |

# SouthShore Physician Group

Page 5 of 5

## Metairie - Mid-City - WestBank

*3 Locations*

Telephone #: 504-888-4037
Fax #: 504-888-6549

Reply to Metairie Office:
3434 Houma Blvd., Suite 200
Metairie, LA 70006
Email: SSPG.3locations@icloud.com
www.SouthShorePhysicianGroup.com

### Final Bill

Collection Services:
9305

Medical Billing:  6/3/2021

| PLEASE SUBMIT CHECK PAYABLE TO: |
|---|
| **SouthShore Physician Group**<br>3434 Houma Blvd., Suite 200<br>Metairie, LA 70006<br>504-888-4037 |

| | |
|---|---|
| Patient Number: | 603856-M |
| Patient Name: | ERIC M. GAUFF, JR |
| Address: | 355 CHAD B BAKER ST |
| City, State, Zip: | RESERVE, LA 70084 |
| DOA: | 10/23/2020 |

| **TOTAL DUE:** | **$10,808.00** |
|---|---|

| Date | Code | Description | Charges | Payments | Adj | Balance |
|---|---|---|---|---|---|---|
| 06/03/2021 | ROV4F | R.O.V. - Level IV, Extended  Final | $195.00 | $0.00 | $0.00 | |
| 06/03/2021 | DTM3 | Deep Tissue Massage | $66.00 | $0.00 | $0.00 | |
| 06/03/2021 | EAI | Hot/Cold: Thermal Moist Packs | $50.00 | $0.00 | $0.00 | |
| | | | $10,808.00 | $0.00 | $0.00 | |

**Final Bill**

| $10,808.00<br>TOTAL<br>DUE |
|---|

# ELMWOOD MRI, LTD.

3400 DIVISION STREET
METAIRIE, LOUISIANA 70002
(504) 454-3600

DEAN FAVRET
1515 POYDRAS ST.
SUITE 1400
NEW ORLEANS, LA 70112
REGARDING :ERIC GAUFF

**STATEMENT**
07706/2021

Make Check Payable to:
ELMWOOD MRI, LTD
3400 DIVISION STREET
METAIRIE, LOUISIANA 70002

**ACCT #:**     29152

### PAYMENT DUE UPON RECEIPT

TAX ID:███████8109

| DATE | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|-------------|--------|---------|---------|
| 01/08/21 | MRI UPPER EXTREMITY, ARM, HAND | 650.00 | | 650.00 |
| 07/08/21 | MRI LUMBAR SPINE W/OUT CONTRAS | 650.00 | | 1300.00 |

RECEIVED
JUL 1 2 2021

| Current | Over 30 | Over 60 | Over 90 | Over 120 | | |
|---------|---------|---------|---------|----------|---|---|
| 650.00 | 0 | 0.00 | 0.00 | 650.00 | **New Balance** | 1300.00 |