P-735

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC M. GAUFF** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | |
| **VERSUS** | * | **MAG._____    SEC._____** |
| | * | |
| **PROGRESSIVE COUNTY MUTUAL** | * | |
| **INSURANCE COMPANY,** | * | |
| **DIONNIS GUEVARA-FIGUERDO** | * | |
| **AND DGF TRANSPORT, LLC** | * | |

**********************************

### CERTIFICATE OF FILING STATE COURT RECORD

**NOW INTO COURT**, comes Nat G. Kiefer, Jr., attorney for defendants, Dionnis Guevara-Figuerdo, DGF Transport, LLC and Progressive County Mutual Insurance Company, who certifies as follows:

Pursuant to the provisions of 28 U.S.C. § 1447(B), a copy of the entire suit record in the state court proceeding entitled *"Eric M. Gauff, Jr. v. Progressive County Mutual Company, Dionnis Guevara-Figuerdo and DGF Transport, LLC"*, Civil Action No. 77169, Section "C" of the 40th Judicial District Court, is hereby submitted for filing into the record of these proceedings, as well as a copy of the Notice of Removal which defendants are filing into the State Court record.  I hereby certify that this constitutes the entire state court suit record, and that no funds, other than the amounts paid for costs of litigation, have been deposited into

the state court registry.

The following is a list of all attorneys involved in this case and the parties they represent:

Dean J. Favret, Esq. (#20186)
**Favret, Demarest, Russo, Lutkewitte & Schaumburg**
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Attorneys for Plaintiff


Nat G. Kiefer, Jr.   (Bar No. 1461)
Megan C. Kiefer (Bar No. 32882)
2310 Metairie Road
Metairie, LA 70001
Attorney for defendants,
Dionnis Guevara-Figuerdo, DGF Transport, LLC and
Progressive County Mutual Insurance Company

Respectfully submitted:

**KIEFER & KIEFER**

____/s/ Nat G. Kiefer, Jr._____
Nat G. Kiefer, Jr. (Bar No. 1461)
Megan C. Kiefer (Bar No. 32882)
2310 Metairie Road
Metairie, LA 70001
Telephone:  (504) 828-3313

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record via email, facsimile or by depositing same in the United States Mail, properly addressed and postage prepaid, 3rd _ day of _January_, 2022 as follows:

Dean J. Favret, Esq. (#20186)
**Favret, Demarest, Russo, Lutkewitte & Schaumburg**
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Attorneys for Plaintiff

                          __/s/ Nat G. Kiefer, Jr._____